# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

SAFECO INSURANCE COMPANY OF ILLINOIS

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 08-145 S

AMICA MUTUAL INSURANCE COMPANY AND
JOYCE WAGENMAKER

TO: (Name and Address of Defendant)

JOYCE WAGENMAKER
c/o DAVID OLIVEIRA, ESQ.
155 SOUTH MAIN STREET, SUITE 305
PROVIDENCE, RI 02903

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Mark P. Dolan, Esq.
Rice Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within ~~twenty~~ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________
*Date*

____________________
*Signature of Server*

____________________
*Address of Server*

I hereby accept service of the within summons and complaint on behalf of
Joyce Wagenmaker
David Oliveira, Esq.
155 South Main Street, Suite 305
Providence, RI 02903
Date: 4/24, 2008

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.