UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOYCE WAGENMAKER<br>Plaintiff<br><br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY | : | C.A. No. 08-41T |
| SAFECO INSURANCE COMPANY OF ILLINOIS<br>Plaintiff<br><br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY and JOYCE WAGENMAKER | : | C.A. No. 08-145S |

**ANSWER OF DEFENDANT, JOYCE WAGENMAKER TO PLAINTIFF SAFECO'S COMPLAINT**

Defendant, Joyce Wagenmaker hereby answers the Complaint of Plaintiff, Safeco Insurance Company of Illinois. The following numbered paragraphs are meant to responds to the numbered paragraphs of the Complaint. Any allegations that are not specifically addressed herein below, are denied:

1. Admitted.
2. Admitted.
3. Admitted, with the exception that Plaintiff did not attach a copy of the Policy as an Exhibit to the Complaint.
4. Admitted, with the exception that Plaintiff did not attach a copy of the Policy as an Exhibit to the Complaint.
5. Admitted.
6. Admitted.

7. Defendant Wagenmaker admits and alleges that, as a result of the physical contact that occurred between the Vitone vehicle in which she was a passenger and an unknown vehicle that struck the Vitone vehicle, she suffered severe personal and emotional injuries.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Denied.

15. Defendant Wagenmaker admits that Amica has wrongfully denied her uninsured motorist's claim provided, however, that if this Court should determine that not to be the case, Defendant reserves all rights against the UM benefits provided under her Safeco policy.

16. Admitted.

**WHEREFORE**, Defendant asks this Court to enter judgment and declare as follows:

1. The Amica Policy No. 961138-23YV provides uninsured motorist's coverage to Defendant Wagenmaker under applicable Rhode Island Law for the incident at issue which occurred on or about July 3, 2006;

2. In the event that this Court determines that Defendant does not have coverage under the Amica policy, she requests that this Court declare that the Safeco Insurance Policy Number Z03620833 provides uninsured motorist's coverage to Defendant Wagenmaker under applicable Rhode Island Law for the incident at issue which occurred on or about July 3, 2006;

3. That the Court otherwise declare the rights and obligations of the parties under the applicable policies of insurance at issue, and grant such other relief as it deems

proper.

Defendant,
By her Attorney

___/s/djo 051508____________
DAVID J. OLIVEIRA, ESQ. #2516
155 South Main Street Suite 305
Providence, RI 02903
(401) 274-9191
(401) 274-9190 (Fax)
doliveira@djolaw.com
Date: ________________________

**DEFENDANT'S WAGENMAKER'S COUNTERCLAIM AGAINST PLAINTIFF SAFECO**

1. The allegations and answers set forth above are incorporated herein as if set forth again in full.

2. Defendant is entitled to UM coverage under one of the policies involved in this matter.

3. To the extent this Court determines that Amica Policy No. 961138-23YV does not afford UM coverage for the injuries that Defendant sustained in the incident at issue which occurred on or about July 3, 2006, then Plaintiff is entitled to UM coverage under Safeco Insurance Policy No. Z03620833 for such injuries.

4. Pursuant to Illinois law including, without limitation 215 ILCS 5/155, Plaintiff Safeco owed a duty to Defendant Wagenmaker to act in good faith in responding to her claims under the Policy of insurance that she duly purchased from Safeco.

5. Plaintiff Safeco breached the duty it had to Defendant set forth above.

6. As a direct and proximate result of Plaintiff's breach as aforesaid, Defendant has suffered damages and incurred attorney fees in an effort to enforce her rights under law.

**WHEREFORE**, Defendant demands judgment against Plaintiff for all damages recoverable under the laws of the States of Rhode Island and/or Illinois for the matters set forth

in this action, including those provided by the provisions of R.I.G.L. § 9-1-33, together with interest and costs. Defendant also requests that this Court declare as follows:

1. The Amica Policy No. 961138-23YV provides uninsured motorist's coverage to Defendant Wagenmaker under applicable Rhode Island Law for the incident at issue which occurred on or about July 3, 2006;

2. In the event that this Court determines that Defendant does not have coverage under the Amica policy, she requests that this Court declare that the Safeco Insurance Policy Number Z03620833 provides uninsured motorist's coverage to Defendant Wagenmaker under applicable Rhode Island Law for the incident at issue which occurred on or about July 3, 2006;

3. That the Court otherwise declare the rights and obligations of the parties under the applicable policies of insurance at issue, and grant such other relief as it deems proper.

Defendant/Counterclaim Plaintiff,
By her Attorney

______/s/djo 051508_________________
DAVID J. OLIVEIRA, ESQ. #2516
155 South Main Street Suite 305
Providence, RI 02903
(401) 274-9191
(401) 274-9190 (Fax)
doliveira@djolaw.com
Date: ___________________________

## CERTIFICATION

I hereby certify that the within was electronically filed with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system and by regular mail, postage prepaid: **Nicole J. Todesco, Esq.,** Sloane & Walsh, LLP, Three Center Plaza, 8th Floor, Boston, MA 02108, **Todd D. White, Esq.,** Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903, and **Mark P. Dolan, Esq.,** Rice, Dolan & Kershaw, 72 Pine Street, Suite 300, Providence, RI 02903 on this _____ day of ____________________, 2008.

_____________/s/nlp 051508_____________________