UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOYCE WAGENMAKER | : | |
| Plaintiff | : | |
| | : | C.A. No. 08-41T |
| v. | : | |
| | : | |
| AMICA MUTUAL INSURANCE COMPANY | : | |
| | | |
| SAFECO INSURANCE COMPANY OF ILLINOIS | : | |
| Plaintiff | : | |
| | : | C.A. No. 08-145S |
| v. | : | |
| | : | |
| AMICA MUTUAL INSURANCE COMPANY and JOYCE WAGENMAKER | : | |

**STIPULATION**

By agreement of the parties, the time within which Defendant, Joyce Wagenmaker may answer or otherwise plead to Plaintiff, Safeco Insurance Company of Illinois' Complaint is enlarged to and including May 21, 2008.

Plaintiff, Safeco Insurance Company
By its Attorney,

____/s/ MD 05/17/08__________
MARK DOLAN, ESQ. (#3280)
Rice, Dolan & Kershaw
The Aldrich Building
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800
(401) 421-7218
Date:__________________________

Defendant, Joyce Wagenmaker
By her Attorney,

______/s/ DJO 05/19/08__________
DAVID J. OLIVEIRA, ESQ. (#2516)
155 South Main Street
Suite 305
Providence, RI 02903
(401) 274-9191
(401) 274-9190

Date:__________________________

**CERTIFICATION**

I hereby certify that the within was electronically filed with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system and by regular mail, postage prepaid: **Nicole J. Todesco, Esq.,** Sloane & Walsh, LLP, Three Center Plaza, 8th Floor, Boston, MA 02108, **Todd D. White, Esq.,** Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903, and **Mark P. Dolan, Esq.,** Rice, Dolan & Kershaw, 72 Pine Street, Suite 300, Providence, RI 02903 on this _____ day of _____________________, 2008.

______/s/ nlp 05/19/08_______________