MPD:fm 07-289

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOYCE WAGENMAKER

VS C.A. NO. 08-41T

AMICA MUTUAL INSURANCE COMPANY
---------------------------------------------------------

SAFECO INSURANCE COMPANY
OF ILLINOIS

VS C.A. NO. 08-145S

AMICA MUTUAL INSURANCE COMPANY
AND JOYCE WAGENMAKER

**COUNTERCLAIM DEFENDANT SAFECO INSURANCE COMPANY OF ILLINOIS' ANSWER TO COUNTERCLAIM OF JOYCE WAGENMAKER**

Counterclaim defendant Safeco Insurance Company of Illinois denies the allegations of paragraphs 1, 5, and 6; admits the allegations of paragraph 2; and neither admits nor denies the allegations of paragraphs 3 and 4 but leaves counterclaimant to her proof thereof.

WHEREFORE, counterclaim defendant demands that counterclaimant's action against it be dismissed and that judgment be entered for said counterclaim defendant.

**Counterclaim defendant claims a trial by jury.**

/s/ Mark Dolan____________________

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Counterclaim Defendant
Safeco Insurance Company of Illinois
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: The following counsel of record will be served a copy of the within document via the Court's ECF system:

David Oliveira, Esq., 155 South Main Street, Suite 305, Providence, RI 02903
John A. Donovan, III, Esq. and Nicole J. Todesco, Esq., Sloane and Walsh, LLP, 3 Center Plaza, 8th Floor, Boston, MA 02108
Todd D. White, Esq., Alder Pollock & Sheehan, One Citizens Plaza, 8th Floor, Providence, RI 02903

DATED: May 21, 2008

/s/ Mark Dolan___________________