*MPD:fm/motions/07-289*

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SAFECO INSURANCE COMPANY
OF ILLINOIS

VS C.A. NO. 08-145S

AMICA MUTUAL INSURANCE COMPANY
AND JOYCE WAGENMAKER

**PETITIONER SAFECO INSURANCE COMPANY OF ILLINIOS' RULE 16 STATEMENT**

Safeco Insurance Company of Illinois ("Safeco") is the plaintiff/petitioner in this matter against Amica Mutual Insurance Company ("Amica") and Joyce Wagenmaker ("Wagenmaker"). Respondent Wagenmaker is the plaintiff in the companion case brought against Amica, C.A. No. 08-41T. Both actions seek a declaration by the Court of the rights and responsibilities of the parties under insurance policies issued by Amica and Safeco. Amica issued a policy to Vito Vitone while Safeco issued its policy of insurance to Wagenmaker.

There are no material facts in dispute and these declaratory judgment actions are ripe for resolution by way of motions for summary judgment. Safeco has served a request for production of documents on Amica, requesting policy and underwriting documentation relating to its policy issued to Vitone. Other than that discovery request for documents, it is not anticipated, at least on Safeco's part, that there will be any need for additional discovery prior to the filing of motions for summary judgment.

Respectfully submitted,

/s/ Mark Dolan__________________
Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Plaintiff/Petitioner
Safeco Insurance Company
of Illinois
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800
Fax: (401) 421-7218

CERTIFICATION

The within document has been electronically filed with the Court using the ECF system on June 4, 2008.

/s/ Mark Dolan_____________________