UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOYCE WAGENMAKER,<br>Plaintiff,<br><br>V.<br>AMICA MUTUAL INSURANCE CO.,<br>Third-Party Plaintiff,<br><br>V.<br><br>VITO VITONE,<br>Third-party Defendant. | : | C.A. No.: 08-041T |
| SAFECO INSURANCE COMPANY<br>OF ILLINOIS,<br>Plaintiff,<br>V.<br><br>AMICA MUTUAL INSURANCE<br>COMPANY and JOYCE WAGENMAKER,<br>Defendant. | : | C.A. No.: 08-145S |

**RULE 16 STATEMENT OF THIRD-PARTY DEFENDANT, VITO VITONE**

Vito Vitone has been impleaded as a Third-Party Defendant by Defendant, Amica Mutual Insurance Company, for declarations of rights and obligations under the applicable policy of insurance. Mr. Vitone has dismissed his counterclaim against Amica which was predicated on a November 21, 2005 motor vehicle accident. The claim for that accident has been resolved between the parties.

With regard to the declaratory judgment filed by Amica, Mr. Vitone states that Amica has to establish the requisite obligations and duties of it as an insurer to Mr. Vitone with respect to the existence or non-existence of an uninsured coverage in question. Mr. Vitone acknowledges that he contacted Amica by telephone in the fall of 2005 to cancel his general liability policy for his Corvette. He also acknowledges that the

cancellation took place. However, he never requested cancellation of his uninsured coverage. Additionally, Mr. Vitone has never rejected in writing his uninsured motorist coverage on the vehicle in question pursuant to R.I.G.L. §27-7-2.1.

Mr. Vitone first realized that he did not have uninsured motorist coverage for the July 3, 2006 accident after he contacted Amica informing them of the occurrence. Because the accident was caused by an unidentified motorist, Mr. Vitone contends he has a right to the uninsured motorist coverage that he had and never cancelled.

Third-Party Defendant
By his Counsel,

/s/ Todd D. White
Todd D. White, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of June, 2008, I electronically filed the attached, Rule 16 Statement Of Third-Party Defendant, Vito Vitone, with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system:

David J. Oliveira, Esq.
155 South Main Street
Suite 304
Providence, RI 02903

Nicole J. Todesco, Esq.
Sloan & Walsh, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108

Mark P. Dolan, Esq.
Rice, Dolan & Kershaw
72 Pine Street – Suite 300
Providence, RI 02903

/s/ Todd D. White

*456769_1.doc*