JSD:fm 07-289

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOYCE WAGENMAKER

VS C.A. NO. 08-41T

AMICA MUTUAL INSURANCE COMPANY

VS

VITO VITONE

---------------------------------------------------------

SAFECO INSURANCE COMPANY
OF ILLINOIS

VS C.A. NO. 08-145S

AMICA MUTUAL INSURANCE COMPANY
AND JOYCE WAGENMAKER

**ENTRY OF APPEARANCE**

I, James S. D'Ambra, Esquire, of RICE DOLAN & KERSHAW, hereby enter my appearance as co-counsel on behalf of plaintiff Safeco Insurance Company of Illinois in the above matter.

/s/ James D'Ambra

James S. D'Ambra, Esq. #5064
Rice Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800

CERTIFICATION

TO: Counsel of record will be served a copy of the within document via the Court's ECF system:

DATED: June 18, 2008 /s/ James D'Ambra