UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOYCE WAGENMAKER,
Plaintiff,

v.

AMICA MUTUAL INSURANCE CO.,
Defendant/Third-party
Plaintiff,

v.

VITO VITONE,
Third-party Defendant.

CA No. 08-41 S

SAFECO INSURANCE COMPANY
OF ILLINOIS,
Plaintiff,

v.

AMICA MUTUAL INSURANCE COMPANY
And JOYCE WAGENMAKER,
Defendants.

CA No. 08-145 S

# PRETRIAL ORDER

(Civil Case)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Fact Discovery. The parties are free to conduct discovery, in furtherance of potential settlement, until **October 15, 2008.**

2. Dispositive Motions. Amica Mutual Insurance Co. shall file its dispositive motion by **August 15, 2008.** Oppositions and cross-motions for summary judgment shall be filed by **September 15, 2008.** Reply and objection shall be filed by **September 30, 2008.** Reply shall be filed by **October 15, 2008.** Prior to filing a motion for summary judgment, counsel must request a conference with the Court. Counsel should note the requirements of Local Rule 56 with respect to motions for summary judgment.

By Order

/s/ Doreen Vorias
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge
Date: June 19, 2008