# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C. A. NO.: 08-cv-00041-T-DLM

| | |
|---|---|
| JOYCE WAGENMAKER,<br>Plaintiff,<br><br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY,<br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>VITO VITONE,<br>Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF LINDA S. DETROIA**

I, Linda S. Detroia, do hereby depose and state as follows:

1. I am resident of Warwick, Rhode Island.

2. I have been employed in the Underwriting Department at AMICA Mutual Insurance Company for 27 years.

3. In October of 2005, I was employed as a Senior Supervising Account Representative at AMICA. In that capacity, I received telephone calls from AMICA's policyholders and responded to questions and inquiries concerning insurance policies. In connection with these telephone calls, I routinely processed requests from policyholders to: issue new automobile insurance policies, change or amend existing automobile policies, including, adding or deleting specific coverages or automobiles, and cancel or terminate automobile policies.

4. AMICA first issued a Rhode Island Personal Automobile Policy (No. 941138-23YV) (the "Policy") to Mr. Vito Vitone and his wife, Linda Vitone in or about 1994. The effective dates for the policy were November 25, 1994 to November 25, 1995.

5. The Vitones renewed their Policy every year from 1994 through 2006. The annual renewal date for the policy was November 25.

6. At all times, the Vitones' listed address on the Policy was listed at 290 Sanctuary Drive in East Greenwich, RI 02818. At all times, AMICA communicated with the Vitones at this address. Upon information and

belief, written communications mailed to this address were never returned to AMICA as undeliverable.

7. At various times, the Vitones owned up to five (5) different vehicles which were listed on this Policy, including, a 1998 Chevrolet Corvette.

8. In or about early October, 2005, AMICA's Underwriting Department sent a letter to the Vitones at 290 Sanctuary Drive in East Greenwich, RI with a copy of the renewal of the Policy which was to be effective from November 25, 2005 to November 25, 2006 (*Exhibit A, Proposed Renewal Policy*). The proposed renewal Policy listed all vehicles in the Declaration Pages, including, the 1998 Chevrolet Corvette. In the letter, the Vitones were told to contact AMICA to make any changes to the policy. The letter noted that "[c]hanges will be effective on the renewal date unless an earlier date is requested." *Ex. A.*

9. On the morning of October 13, 2005, Vito Vitone contacted AMICA's Underwriting Department to discuss the upcoming renewal of his Policy (set to renew on November 25). I spoke with Mr. Vitone concerning the renewal and he requested several changes to the Policy. (*Exhibit No. B, Computer Notes dated October 13, 2005*). First, he stated that he wanted his son, Michael, to be a listed operator on the Policy. Secondly, we discussed the collision coverage on his 1999 Jeep and he requested the elimination of this coverage for this vehicle. Third, Mr. Vitone said that he was selling his 2002 Lincoln and that it would be sold as of the effective date of the renewal. Fourth, Mr. Vitone stated that his 1998 Chevrolet Corvette was going to be taken off the road and stored in a garage by the renewal date (November 25, 2005). He then requested that the elimination of all coverages for the 1998 Chevrolet Corvette except "Other Than Collision Loss" coverage. Mr. Vitone acknowledged that Liability, Medical Payments and Uninsured Motorists coverages for the 1998 Chevrolet Corvette would be eliminated. Lastly, Mr. Vitone requested that we increase the deductible for the Collision coverage on his other vehicles from $500 to $1000 to save premium. *Ex. B.*

10. At Mr. Vitone's request, I then processed the policy changes he requested. At his request, all coverages (except "Other Than Collision" coverage) for the 1998 Chevrolet Corvette were deleted, including, the Uninsured Motorists Coverage. The newly-endorsed renewal Policy was issued with effective dates of 11/25/05 to 11/26/06.

11. On October 13, 2005, I sent the Vitones written confirmation of the elimination of coverages he had requested during our telephone conversation (*Exhibit C, Letter dated October 13, 2005*). The letter was sent to the Vitones via regular mail to his listed address of 290 Sanctuary Drive in East Greenwich, RI 02818. In the letter, I reiterated that AMICA endorsed his policy "to remove all coverage for the [1998 Chevrolet Corvette] except Other Than Collision Loss." The letter also included a "Coverage Confirmation" document that confirmed that Liability, Medical Payments,

Collision Loss and Uninsured Motorists Coverage were "not covered" for the 1998 Chevrolet Corvette. I also advised the Vitones to "[p]lease make certain to notify us before this vehicle is driven again to that we may make the appropriate coverage changes." *Ex. C.*

12. On October 14, 2005, AMICA's Underwriting Department also sent Mr. Vitone the Amended Declarations pages for the Renewal Policy. (*Exhibit D, Letter dated October 14, 2005).* The Amended Declarations confirmed that Uninsured Motorists Coverage did not exist and was "not covered" for the 1998 Chevrolet Corvette (listed as "Auto No. 5"). The Amended Declarations pages (with effective dates of November 25, 2005) were sent to the Vitones via regular mail to his listed address of 290 Sanctuary Drive in East Greenwich, RI 02818. *Ex. D.*

13. Effective on and after November 25, 2005 (and up to and including July 3, 2006), there was no Uninsured Motorists Coverage on the Policy for the Vitones' 1998 Chevrolet Corvette. The Uninsured Motorists Coverage for this vehicle was deleted and eliminated at Mr. Vitone's request as of November 25, 2005.

14. According to the records of AMICA's Underwriting Department, Mr. Vitone did not contact AMICA to request the reinstatement of the Liability, Medical Payments, or Uninsured Motorist Coverages for the 1998 Chevrolet Corvette at any time up to including July 3, 2006. In addition, according to the records of AMICA's Underwriting Department, Mr. Vitone never requested any change of mailing or residential address at any time prior to July 3, 2006.

15. Mr. Vitone contacted AMICA on January 12, 2006 and requested that a Volkswagen vehicle be added to the Policy. On January 18, 2006, Mr. Vitone contacted AMICA and requested an ID card which was then faxed to him. There was no other contact with the Vitones concerning the Policy prior to the July 3, 2006 accident.

Signed under the pains and penalties of perjury this 14 day of August, 2008.

Linda S. DeTroia

Linda S. DeTroia

S:\VITONE, VITO AND LINDA - ... AFFIDAVIT OF LINDA DETROIA 08-28-08.DOC