# EXHIBIT 4B

BR/DEPT RI UNDERWRITING
STORED INFO NAME VITO VITONE
LINDA VITONE

RECORD OF TELEPHONE CONVERSATIONS

10/12/05 11:38 AM EDT 88A7 LINDA S. DETROIA
* * *
10/13/05 8:28 AM EDT 88A7 LINDA S. DETROIA
T/W MR. CALLING ABOUT RENEWAL.. SONMICHAEL NOT ON POL..
MUST BE ADDED... DISCUSS COLL ON THE 99 JEEP.. WANTS TO ELIM.. ALSO THE
2002 LINCOLN BEING SOLD AND WILL BE GONE AS OF THE RENEWAL.. AND THE98
CHEV. CORVETTE WILL BE IN THE GARAGE BY RENEWAL.. LAY UP EFF. RENEWAL AND
CONT OTC..INC ALL COLL TO 1K TO SAVE PREM..
BOTH SONS ARE GS.. SENDING GRADES FOR RENEWAL
* * *
10/13/05 8:35 AM EDT 88A7 LINDA S. DETROIA
(READ ARCHIVALS WE ELIM SON MICHAEL IN ERROR WHEN WE WROTE A POL FOR
DAUGHTER NOELLE AND HE HUSBAND NICHOLAS...
*************
* * *
10/14/05 2:53 PM EDT 88A7 LINDA S. DETROIA
* * *
10/14/05 3:59 PM EDT 88A7 LINDA S. DETROIA

ACTIVITY CODE 05 DESC CHANGE COVERAGE AND DRIVER DATA
EFFECTIVE 11/25/05
A/S CODE I0

DRIVER DATA

| DR | MO/DA/YR NAME | SEX | M/S | DR/TR | GSD | PO | SCH | ACD | DD/DT LTY | LICENSE GD | MVR | ST | LIC DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | Y | | | | | | | | |
| 4 | 01/21/88 MICHAEL A. VITONE | M | S | Y | Y | | | | | 2421927 | | 38 | 10/04 |

CAR 1

CL DED 1000

CAR 2

CL DED 1000

CAR 3 ACTIVITY E

CAR 3

LOSS PAYEE FOR FIC/C LETTER
NAME FORD MOTOR CREDIT CORP.
ADDRESS P.O. BOX 105704
CITY/STATE ATLANTA, GA 30348
CAR 4

UM PD 25 CL DED CCC

CAR 5

BI EP CCC CL DED CCC X LIAB X DLYMLG 000

CAR 6

LETTER INFORMATION
TITLE 1 MR

TITLE 2 MRS.

SIGNATURE Linda S. Detroia
Sr. Supervising Account Rep.

OPER ID 88A7

OPTIONS 0001
MODIFY LETTER ID 0563
TEXT ID 0563 COPIES 1