# EXHIBIT 4C

Amica
AUTO HOME LIFE

100th ANNIVERSARY

CORPORATE OFFICE
One Hundred Amica Way
Lincoln, Rhode Island 02865-1156
Mail: PO Box 6008, Providence, RI 02940-6008
Toll-free: 1-800-62-Amica (1-800-622-6422)
Claims Fax: 1-866-774-3318
Sales/Service Fax: 1-401-333-4610

October 13, 2005

Mr. Vito Vitone and
Mrs. Linda Vitone
290 Sanctuary Dr
East Greenwich RI 02818

Re: 1998 Chevrolet Corvette

Automobile Policy: 961138-23YV

Dear Mr. and Mrs. Vitone:

Thank you for asking us to revise your insurance.

The protection on the enclosed Confirmation of Coverage is being provided. So there will be no misunderstanding, we suggest you read it carefully.

As discussed we are endorsing your policy to remove all coverage for the above vehicle except Other Than Collision Loss.

Please be certain to notify us before this vehicle is driven again so we may make the appropriate coverage changes.

We are also, adding your son Michael to the list of operators in the household. Please send us a copy of the grades for both Michael and Anthony so we may allow the good student discount on the renewal of this policy.

You may wish to retain this letter until you receive your copy of the policy change.

Very truly yours,

Linda S. Detroia
Sr. Supervising Account Rep.
Amica Mutual Insurance Company
ldetroia@amica.com

*88A7

Amica

AUTO HOME LIFE

100th ANNIVERSARY

CORPORATE OFFICE
One Hundred Amica Way
Lincoln, Rhode Island 02865-1156
Mail: PO Box 6008, Providence, RI 02940-6008
Toll-free: 1-800-62-Amica (1-800-622-6422)
Claims Fax: 1-866-774-3318
Sales/Service Fax: 1-401-333-4610

COVERAGE CONFIRMATION
October 13, 2005

NAME: Vito Vitone and
Linda Vitone

POLICY NUMBER: 961138-23Y

NON-DIVIDEND POLICY

VEHICLE: 1998 Chevrolet Corvette Convertible
VEHICLE IDENTIFICATION NUMBER: 1G1YY32G8W5115652
VEHICLE USE: Average Daily Mileage 00 Miles
PARKING: IN GARAGE

EFFECTIVE DATE OF COVERAGE: November 25, 2005

| COVERAGES | LIMITS |
|---|---|
| >Liability | NOT COVERED |
| >Medical Payments | NOT COVERED |
| >Collision Loss | NOT COVERED |
| >Uninsured Motorists | NOT COVERED |
| Other than Collision Loss | ACV Less $ 500 Deductible |
| Towing and Labor Costs | $100 Per Disablement |

> - DENOTES CHANGE

88A7

Amica
AUTO HOME LIFE

100th ANNIVERSARY

CORPORATE OFFICE
One Hundred Amica Way
Lincoln, Rhode Island 02865-1156
Mail: PO Box 6008, Providence, RI 02940-6008
Toll-free: 1-800-62-Amica (1-800-622-6422)
Claims Fax: 1-866-774-3318
Sales/Service Fax: 1-401-333-4610

COVERAGE CONFIRMATION
October 13, 2005

**NAME:** Vito Vitone and
Linda Vitone

POLICY NUMBER: 961138-23Y

NON-DIVIDEND POLICY

**VEHICLE:** 2000 Chrysler 300M Sedan
**VEHICLE IDENTIFICATION NUMBER:** 2C3HE66G4YH168716
**VEHICLE USE:** Avg Daily Miles: Less Than 30
**PARKING:** OFF STREET

EFFECTIVE DATE OF COVERAGE: November 25, 2005

| COVERAGES | LIMITS | | | |
|---|---|---|---|---|
| Liability | $ 500,000 | | | Each Accident |
| Medical Payments | $ 5,000 | | | Each Person |
| >Collision Loss | | ACV Less | $ 1,000 | Deductibl |
| Uninsured Motorists | $ * | | | Each Accident |
| Other than Collision Loss | | ACV Less | $ 500 | Deductibl |
| Towing and Labor Costs | | $100 | Per Disablement | |

*****************************************************************************

***Uninsured Motorists - Bodily Injury
Total Policy Limit of $500,000 Each Accident Is
Provided Regardless of Number of Autos Insured**

> - DENOTES CHANGE

88A7



** COPY **

Amica
AUTO HOME LIFE

100th ANNIVERSARY

CORPORATE OFFICE
One Hundred Amica Way
Lincoln, Rhode Island 02865-1156
Mail: PO Box 6008, Providence, RI 02940-6008
Toll-free: 1-800-62-Amica (1-800-622-6422)
Claims Fax: 1-866-774-3318
Sales/Service Fax: 1-401-333-4610

COVERAGE CONFIRMATION
October 13, 2005

NAME: Vito Vitone and
Linda Vitone

POLICY NUMBER: 961138-23Y

NON-DIVIDEND POLICY

**VEHICLE:** 1999 Jeep Cherokee Classic Ut
**VEHICLE** IDENTIFICATION NUMBER: 1J4FF68S7XL528459
**VEHICLE** USE: Avg Daily Miles: Less Than 30
**PARKING:** OFF STREET

EFFECTIVE DATE OF COVERAGE: November 25, 2005

| COVERAGES | LIMITS | | | |
|---|---|---|---|---|
| ******************************** | ************************************** | | | |
| Liability | $ | 500,000 | | Each Accident |
| Medical Payments | $ | 5,000 | | Each Person |
| >Collision Loss | | NOT COVERED | | |
| Uninsured Motorists | $ | * | | Each Accident |
| Other than Collision Loss | | ACV Less | $ | 500 Deductibl |
| Towing and Labor Costs | | $100 | | Per Disablement |

*****************************************************************************
*Uninsured Motorists - Bodily Injury
Total Policy Limit of $500,000 Each Accident Is
Provided Regardless of Number of Autos Insured
>Uninsured Motorists-Property Damage Subject to
A $200 Deductible $25,000 Each Accident

> - DENOTES CHANGE

88A7

Amica

AUTO HOME LIFE

100th ANNIVERSARY

CORPORATE OFFICE
One Hundred Amica Way
Lincoln, Rhode Island 02865-1156
Mail: PO Box 6008, Providence, RI 02940-6008
Toll-free: 1-800-62-Amica (1-800-622-6422)
Claims Fax: 1-866-774-3318
Sales/Service Fax: 1-401-333-4610

COVERAGE CONFIRMATION
October 13, 2005

NAME: Vito Vitone and
Linda Vitone

POLICY NUMBER: 961138-23Y

NON-DIVIDEND POLICY

VEHICLE: 1994 Mercedes-Benz E420 Sedan
VEHICLE IDENTIFICATION NUMBER: WDBEA34E2RC043128
VEHICLE USE: Avg Daily Miles: 30 Or More
PARKING: IN GARAGE

EFFECTIVE DATE OF COVERAGE: November 25, 2005

| COVERAGES | LIMITS | | | |
|---|---|---|---|---|
| Liability | $ 500,000 | | | Each Accident |
| Medical Payments | $ 5,000 | | | Each Person |
| >Collision Loss | | ACV Less | $ 1,000 | Deductible |
| Uninsured Motorists | $ * | | | Each Accident |
| Other than Collision Loss | | ACV Less | $ 500 | Deductible |
| Towing and Labor Costs | $100 | Per Disablement | | |

*Uninsured Motorists - Bodily Injury
Total Policy Limit of $500,000 Each Accident Is
Provided Regardless of Number of Autos Insured

> - DENOTES CHANGE

88A7