# EXHIBIT 4D

*G0B00 8 0*

OCTOBER 14, 2005 961138-23YV

VITO VITONE AND
LINDA VITONE
290 SANCTUARY DR
EAST GREENWICH RI 02818-2073

VITO VITONE AND
LINDA VITONE

# IMPORTANT NOTICE

If you are paying your premium by installments, the premium adjustment shown on the enclosed endorsement will be charged or credited on your remaining unbilled installments. If only one installment is unbilled, the entire premium adjustment will be reflected on the installment.

If you have any questions concerning either your policy balance or your account balance, you may call our Automated Account Inquiry System at 1-800-49-Amica.

**IMPORTANT NOTICE TO RHODE ISLAND POLICYHOLDERS**

Rhode Island law requires that each time we amend your policy we make the following coverages available to you when you have purchased Liability coverage:

**UNINSURED MOTORISTS - BODILY INJURY** - This coverage is available at limits up to and including your Liability coverage limit. The following limits are available:

| | | | |
|---|---|---|---|
| $50,000 | $100,000 | $300,000 | $1,000,000 |
| 75,000 | 200,000 | 500,000 | 2,000,000 |

**UNINSURED MOTORISTS - PROPERTY DAMAGE** - This coverage is available at limits up to and including your Liability coverage limit (subject to a $200 deductible). The following limits are available:

| | | | | |
|---|---|---|---|---|
| $25,000 | $ 75,000 | $200,000 | $ 500,000 | $2,000,000 |
| 50,000 | 100,000 | 300,000 | 1,000,000 | |

If you would like more information about these coverages, please contact us.

---

AMICA MUTUAL INSURANCE COMPANY
PO Box 6008, Providence, RI 02940-6008

In consideration of A RETURN premium of $1,282.00 we agree that the policy declarations are changed as follows: CHANGE COVERAGE AND DRIVER DATA 38



Changes are Effective NOVEMBER 25, 2005 (12:01 A.M. Standard Time) Attached to and forming part of Policy No. 961138-23YV issued by the **AMICA MUTUAL INSURANCE COMPANY**

**NAMED INSURED AND ADDRESS**

VITO VITONE AND
LINDA VITONE
290 SANCTUARY DR
EAST GREENWICH RI 02818

**POLICY PERIOD: 12:01 A.M., STANDARD TIME**

**From:** NOVEMBER 25, 2005
**To:** NOVEMBER 25, 2006

| Auto No. | DESCRIPTION OF AUTO(S) OR TRAILER(S) | LOSS PAYEE |
|---|---|---|
| 1 | 2000 CHRYSLER 300M SEDAN<br><br>VIN 2C3HE66G4YH168716<br>USE: AVG DAILY MILES: LESS THAN 30 | |
| 2 | 1994 MERCEDES-BENZ E420 SEDAN<br><br>VIN WDBEA34E2RC043128<br>USE: AVG DAILY MILES: 30 OR MORE | |
| 3 | AUTO ELIMINATED | |
| 4 | 1999 JEEP CHEROKEE<br>CLASSIC UT<br>VIN 1J4FF68S7XL528459<br>USE: AVG DAILY MILES: LESS THAN 30 | |
| 5 | 1998 CHEVROLET CORVETTE<br>CONVERTIBLE<br>VIN 1G1YY32G8W5115652<br>USE: AVERAGE DAILY MILEAGE 00 MILES | |
| 6 | 2005 HYUNDAI TUCSON GLS AWD/LX<br>AWD UTL<br>VIN KM8JN72D95U194649<br>USE: AVG DAILY MILES: LESS THAN 30 | |

**The Auto(s) or Trailer(s) described in this policy is principally garaged at the above address unless otherwise stated.**

SAFE DRIVER PLAN CHARGEABLE POINTS - 2

**RATES ARE BASED ON THE FOLLOWING HOUSEHOLD DRIVERS**

| | NAME | DRIVER'S LICENSE NUMBER | | | | |
|---|---|---|---|---|---|---|
| 1 | VITO VITONE | 8824030 | 10 05 46 | M | M | 10 63 |
| 2 | LINDA VITONE | 8822494 | 08 02 49 | F | M | 08 65 |
| 3 | ANTHONY J. VITONE<br>GOOD STUDENT CLASS | 2040059 | 08 15 84 | M | S | 06 01 |
| 4 | MICHAEL A. VITONE<br>GOOD STUDENT, DRIVER TRAINING CLASS | 2421927 | 01 21 88 | M | S | 10 04 |
| 5 | | | | | | |
| 6 | | | | | | |

**NAMED INSURED AND ADDRESS**
VITO VITONE AND
LINDA VITONE
290 SANCTUARY DR
EAST GREENWICH RI 02818

COVERAGE IS PROVIDED WHERE A LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE

| COVERAGES | LIMIT OF LIABILITY AUTO 1 2000 CHRY | AUTO 2 1994 MERC | AUTO 3 |
|---|---|---|---|
| **A. LIABILITY** each accident | $ 500,000 | $ 500,000 | NOT COVERED |
| **B. MEDICAL PAYMENTS** each person | $ 5,000 | $ 5,000 | NOT COVERED |
| **C. UNINSURED MOTORISTS** each accident | * | * | NOT COVERED |
| **D. DAMAGE TO YOUR AUTO** (ACV means Actual Cash Value) | | | |
| **1. Collision Loss** ACV minus deductible of | $ 1,000 | $ 1,000 | NOT COVERED |
| **2. Other Than Collision Loss** ACV minus deductible of | $ 500 | $ 500 | NOT COVERED |
| **TOWING AND LABOR COSTS** each disablement | $ 100 | $ 100 | NOT COVERED |
| *UNINSURED MOTORISTS - BODILY INJURY POLICY LIMIT $500,000 EACH ACCIDENT | | | |
| UNINSURED MOTORISTS-PROPERTY DAMAGE SUBJECT TO A $200 DEDUCTIBLE $25,000 EACH ACCIDENT | NOT COVERED | NOT COVERED | NOT COVERED |

**PARKING ARRANGEMENTS**
AUTO 1 OFF STREET
AUTO 2 IN GARAGE
AUTO 3

**NAMED INSURED AND ADDRESS**

VITO VITONE AND
LINDA VITONE
290 SANCTUARY DR
EAST GREENWICH RI 02818

COVERAGE IS PROVIDED WHERE A LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE

| COVERAGES | | LIMIT OF LIABILITY | | |
|---|---|---|---|---|
| | | AUTO 4<br>1999 JEEP | AUTO 5<br>1998 CHEV | AUTO 6<br>2005 HYUN |
| **A. LIABILITY** | each accident | $ 500,000 | NOT COVERED | $ 500,000 |
| **B. MEDICAL PAYMENTS** | each person | $ 5,000 | NOT COVERED | $ 5,000 |
| **C. UNINSURED MOTORISTS** | each accident | * | NOT COVERED | * |
| **D. DAMAGE TO YOUR AUTO** (ACV means Actual Cash Value) | | | | |
| 1. Collision Loss | ACV minus deductible of | NOT COVERED | NOT COVERED | $ 500 |
| 2. Other Than Collision Loss | ACV minus deductible of | $ 500 | $ 500 | $ 500 |
| **TOWING AND LABOR COSTS** | each disablement | $ 100 | $ 100 | $ 100 |
| *UNINSURED MOTORISTS - BODILY INJURY POLICY LIMIT $500,000 EACH ACCIDENT | | | | |
| UNINSURED MOTORISTS-PROPERTY DAMAGE SUBJECT TO A $200 DEDUCTIBLE $25,000 EACH ACCIDENT | | COVERED | NOT COVERED | NOT COVERED |

**PARKING ARRANGEMENTS**

| | |
|---|---|
| AUTO 4 | OFF STREET |
| AUTO 5 | IN GARAGE |
| AUTO 6 | IN GARAGE |

**CONTINUATION OF AMENDED DECLARATIONS FOR PERSONAL AUTO POLICY NO.** 961138-23YV

**NAMED INSURED AND ADDRESS**

VITO VITONE AND
LINDA VITONE
290 SANCTUARY DR
EAST GREENWICH RI 02818

**SPECIAL DISCOUNTS**

PASSIVE RESTRAINT DISCOUNT AUTOS 1,2,4,6
ANTI-LOCK BRAKING SYSTEM AUTOS 1,2,6
MULTI-CAR DISCOUNT
ANTI-THEFT DEVICE DISCOUNT AUTOS 1,2,5,6

**Forms and Endorsements made part of this policy**

| | |
|---|---|
| PP 00 01 01 05 | PERSONAL AUTO POLICY |
| PP 03 03 04 86 | TOWING AND LABOR COSTS COVERAGE |
| PP 04 90 01 05 | UNINSURED MOTORISTS COVERAGE - RHODE ISLAND |
| RI 00 05 01 05 | PROPERTY DAMAGE UNINSURED MOTORISTS COVERAGE - RHODE ISLAND |
| PP 01 89 02 05 | AMENDMENT OF POLICY PROVISIONS - RHODE ISLAND |
| AM 00 28 12 01 | AMENDMENT OF PERSONAL AUTO POLICY PROVISIONS |
| PP 03 09 01 05 | SINGLE LIABILITY LIMIT |
| PP 04 38 06 98 | SINGLE UNINSURED MOTORISTS LIMIT - RHODE ISLAND |
| PP 13 01 12 99 | COVERAGE FOR DAMAGE TO YOUR AUTO EXCLUSION ENDORSEMENT |
| RI 00 06 02 01 | RHODE ISLAND MUTUAL PROVISIONS - NON-DIVIDEND POLICY |

**This policy shall not be valid unless countersigned by our authorized agent or representative.**

**Countersigned by** J. Michael McGilligan

**Authorized Representative**

Case 1:08-cv-00145-S-DLM Document 20-9 Filed 08/14/2008 Page 8 of 10

# PROPERTY DAMAGE UNINSURED MOTORISTS COVERAGE - RHODE ISLAND

RI 00 05 01 05

SCHEDULE

| Description Of Vehicle | Limit Of Liability | Premium Per Auto |
|---|---|---|
| | $ ________ less $200 deductible | $ ________ |
| | $ ________ less $200 deductible | $ ________ |
| | $ ________ less $200 deductible | $ ________ |
| | $ ________ less $200 deductible | $ ________ |

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## INSURING AGREEMENT

**A.** We will pay compensatory damages which an **insured** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of **property damage** caused by an accident. The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle.**

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

**B.** **"Insured"** as used in this endorsement means:

1. You or any **family member.**
2. Any other person **occupying your covered auto.**

**C.** **"Property damage"** as used in this endorsement means injury to or destruction of:

1. **Your covered auto** (including its loss of use); and
2. Any property, other than property used in the **business** of an **insured**, owned by an **insured** while contained in **your covered auto.**

**D.** **"Uninsured motor vehicle"** as used in this endorsement means a land motor vehicle or trailer of any type:

1. To which no liability bond or policy affording coverage for **property damage** applies at the time of the accident.
2. To which a liability bond or policy affording coverage for **property damage** applies at the time of the accident but the amount paid for **property damage** under that bond or policy to an **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages.
3. To which a liability bond or policy affording coverage for **property damage** applies at the time of the accident, but the bonding or insuring company:
   a. Denies coverage; or
   b. Is or becomes insolvent.
4. Which is a vehicle whose operator or owner cannot be identified and which hits or which causes an accident resulting in **property damage** without hitting **your covered auto.** If there is no physical contact with the vehicle causing the accident the **insured** must prove by a fair preponderance of evidence that the **property damage** resulted from the negligence of an unidentified motorist.

However, **"uninsured motor vehicle"** does not include any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any **family member.**
2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.



Includes copyrighted material of Insurance Services Office, Inc. With Its Permission
Copyright, ISO Properties, Inc. 2004

3. Operated on rails or crawler treads.
4. While located for use as a residence or premises.

**EXCLUSIONS**

**A.** We do not provide Uninsured Motorists Coverage for **property damage**:

1. To any motor vehicle owned by you or any **family member** which is not insured for this coverage.
2. If you or your legal representative settles the **property damage** claim and such settlement prejudices our right to recover payment.
3. When **your covered auto** is being used as a public or livery conveyance. This Exclusion (**A.3.**) does not apply to a share-the-expense car pool.
4. Sustained by any **insured** using a vehicle without a reasonable belief that that **insured** is entitled to do so. This Exclusion (**A.4.**) does not apply to a **family member** using **your covered auto** which is owned by you.
5. For the first $200 of the amount of each claim for **property damage** as the result of any one accident. This Exclusion (**A.5.**) does not apply if **your covered auto** is:
   a. Parked and unattended when involved in an accident with an **uninsured motor vehicle.**
   b. Struck by an **uninsured motor vehicle** being driven the wrong way on a one way street.
   c. Struck in the rear by an **uninsured motor vehicle.**
   d. Struck by a stolen vehicle.

**B.** This coverage shall not apply directly or indirectly to benefit any insurer of property.

**C.** We do not provide Property Damage Uninsured Motorists Coverage for punitive or exemplary damages.

**LIMIT OF LIABILITY**

**A.** Our maximum limit of liability for Property Damage Uninsured Motorists Coverage in any one accident is the sum of the Property Damage Uninsured Motorists Coverage limits shown in the Schedule or Declarations applicable to each vehicle.

This is the most we will pay regardless of the number of:

1. Claims made; or
2. Vehicles involved in the accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part **A** or Part **D** of this policy; or
2. Any other policy providing coverage similar to Part **D** of this policy.

**C.** We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

**OTHER INSURANCE**

If there is other applicable insurance similar to the insurance provided under this endorsement, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own, including any vehicle while used as a temporary substitute for **your covered auto**, shall be excess over any other collectible insurance.

**ARBITRATION**

**A.** If we and an **insured** do not agree:

1. Whether that **insured** is legally entitled to recover damages; or
2. As to the amount of damages which are recoverable by that **insured**;

from the owner or operator of an **uninsured motor vehicle** then the matter may be arbitrated.

Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

**B.** Each Party will:

1. Pay the expenses it incurs; and
2. Bear the expenses of the third arbitrator equally.


Includes copyrighted material of Insurance Services Office, Inc. With Its Permission
Copyright, ISO Properties, Inc. 2004

**C.** Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by at least two of the arbitrators will be binding as to:

1. Whether the **insured** is legally entitled to recover damages; and
2. The amount of damages.

**ADDITIONAL DUTIES AFTER AN ACCIDENT OR LOSS**

A person seeking Property Damage Uninsured Motorists Coverage must also:

1. Promptly send us copies of the legal papers if a suit is brought.
2. A person seeking coverage under Sections **1.**, **2.** and **3.** of the definition of **uninsured motor vehicle** must provide us with the name and address of the owner or operator of the **uninsured motor vehicle**.

**PART F - GENERAL PROVISIONS**

Part **F** is amended as follows:

**A.** The **Our Right To Recover Payment** Provision is amended as follows:

**OUR RIGHT TO RECOVER PAYMENT**

1. Paragraph **B.** of this provision does not apply to Property Damage Uninsured Motorists Coverage.
2. The following is added with respect to Property Damage Uninsured Motorists Coverage:

   We shall be entitled to a recovery under Paragraph **A.** only after the person has been paid the deductible portion of the loss less the pro-rated share of subrogation expense.

**B.** The **Two Or More Auto Policies** Provision is amended as follows:

**TWO OR MORE AUTO POLICIES**

1. This provision does not apply to Property Damage Uninsured Motorists Coverage.
2. No one will be entitled to receive duplicate payments for the same elements of loss under Property Damage Uninsured Motorists Coverage.

**Amica Mutual Insurance Company**



Includes copyrighted material of Insurance Services Office, Inc. With Its Permission
Copyright, ISO Properties, Inc. 2004