# EXHIBIT 5

One Citizens Plaza
Providence RI
12-13-06

I Vito Vitone, DOB 10-5-46, reside at 54 Trellis Dr. West Warwick, separated from my wife, Linda, in February, 2006. Linda moved from our home at 290 Sanctuary Dr., East Greenwich. I get mail at both 54 Trellis Dr., and 290 Sanctuary Dr., with mail from Amica going to 290 Sanctuary Dr. I do not have a problem getting my mail from Linda and have no reason to believe that she has not given me all of my mail. I bought a 1998 Corvette in June, 2005, and insured it then with Amica adding it to my policy with my other cars, a 2005 Hyundai, a 2002 Lincoln, a Jeep, a Volkswagen Jetta, and a Mercedes Benz. Amica was the only company that insured the Chevrolet Corvette. The Corvette was registered continuously since the time I bought it. There was no lapse in the registration. BESTA. I called Amica to add the Corvette to the policy when I bought it in June, 2005. I call Amica to change the coverage on my cars when it is appropriate. I don't know if I spoke to the RI Underwriting department at Amica in September and October of 2005. I don't recall it. I [illegible] to Janice Sullivan and [illegible]

Underwriting on 9-15-05 regarding the 1998 Corvette and 2006 Hyundai. Linda Vilone, my secretary, or anyone else would not have called Amica on my behalf. I conducted all business with Amica myself. I recall requesting full coverage on both the Hyundai and Corvette; I may have changed the deductibles. I did tell Amica that the Corvette would be used for pleasure use only. I did advise Amica that the 2002 Lincoln would be sold, and that I would call back with the VIN for the Hyundai, which was covered by Amica from when it was bought from the dealer. However, I did not sell the Lincoln, so that remained on the policy. I do recall speaking with someone in RI Underwriting, when I bought the Hyundai, to give the VIN and advised no loan. I paid cash for it. I don't remember if I spoke with Linda Difrona at Amica on 10-13-05 about the renewal policy. And I do remember asking to have my son Michael added to my policy when he began driving; he turned 16 years old on 1-21-04. He began driving sometime later. I don't recall calling Amica about collision coverage on the cars.

and eliminations that coverage. I never sold the Lincoln. I did tell Amica that the 1998 Corvette would be garaged and laid up. I don't know when I made that call. It would have been when the weather got bad, as I don't drive it when the weather was not clear. I made this call prior to the policy renewal date in November, 2005. I told Amica's Underwriting department that I wanted comprehensive and liability coverages removed from the Corvette, prior to the renewal date in November 2005. I have a memo reflecting the changes which I received from Amica, an amendment indicating in writing any policy changes made. I did not need comprehensive or liability coverages since the Corvette was to be garaged in Pawtucket, at an auto care center. The Corvette was garaged there for several months. In October, 2005, I did receive communication in writing from Amica regarding the [illegible] coverage and renewal policy, which I recall indicated that the premium was less. My premium was about $12,000 per year, and was reduced to about $4,000 per year. There was a premium

change relating to the auto policy in October 2005. I took the Corvette out of garaging sometime in 2006. I did not call Amica when I took the car out of garaging. I goofed. I did not reinstate full coverage on the Corvette when I began driving it again. I did take comprehensive, collision, and liability coverage off of the 1990 Corvette when it was to be garaged in 2005. I did not call Amica to reinstate coverage. I acknowledge removal of liability coverage on the Corvette. And I did not ask for removal of Uninsured Motorist Bodily Injury coverage. I was not aware that the coverage was removed from the Corvette. I noticed the premium change on the Amendment I received. And if it specified that the Uninsured Motorist coverage was removed, I don't recall that.

[signature]

[signature] Stone.

Attorney Zod White

AS READ the above 4 Pages to me & they ARE true. I have A copy

Written Statement of Vito Vitone dated 12/13/06

I, Vito Vitone, d.o.b. 10/5/46, reside at 54 Trellis Drive, West Warwick, separated from my wife, Linda, in February, 2006, having moved from our home at 290 Sanctuary Drive, East Greenwich. I get mail at both 54 Trellis Drive, and 290 Sanctuary Drive, with mail from Amica going to 290 Sanctuary Drive. I do not have a problem getting my mail from Linda and have no reason to believe that she has not given me all of my mail. I bought a 1998 Corvette in June, 2005, and insured it then with Amica adding it to my policy with my other cars, a 2005 Hyundai, a 2002 Lincoln, a Jeep, a Volkswagen Jetta and a Mercedes Benz. Amica was the only company that insured the Chevrolet Corvette. The Corvette was registered continuously since the time I bought it. There was no lapse in the registration – BESTIA. I called Amica to add the Corvette to the policy when I bought it in June 2005. I called Amica to change the coverage on my cars when it is appropriate. I don't know if I spoke to the Rhode Island Underwriting Department of Amica in September and October 2005. I don't recall if I spoke to Janice Sullivan in Rhode Island Underwriting on 9/15/05 regarding the 1998 Corvette and 2005 Hyundai, Linda Vitone, my secretary, or anyone else would not have called Amica on my behalf. I conducted all business with Amica myself. I recall requesting full coverage on both the Hyundai and Corvette; I may have changed the deductible. I did tell Amica that the Corvette would be used for pleasure use only. I did advise Amica that the 2002 Lincoln would be sold, and that I would call back with the VIN for the Hyundai, which was covered by Amica from when it was bought from the dealer. However, I did not sell the Lincoln, so that remained on the policy. I do recall speaking with someone in Rhode Island Underwriting, when I bought the Hyundai,

to give the VIN and advised no loan. I paid cash for it. I don't remember if I spoke with Linda Detroia at Amica on 10/13/05 about the renewed policy, but I do remember asking to have my son, Michael, added to my policy when he began driving. He turned 16 years old on 1/21/04. He began driving sometime later. I don't recall calling Amica about collision coverage or the Jeep, and eliminating that coverage. I never sold the Lincoln. I did tell Amica that the 1998 Corvette would be garaged and laid up. I don't know when I made the call. It would have been when the weather got bad, as I don't drive it when the weather was not clear. I made this call prior to the policy renewal date in November, 2005. I told Amica Rhode Island Underwriting Department that I wanted comprehensive and liability coverage removed from the Corvette prior to the renewal in November, 2005. I have a memo reflecting the changes, which I received from Amica, an amendment indicating in writing any policy changes made. I did not need comprehensive or liability coverage since the Corvette was to be garaged in Pawtucket at an auto care center. The Corvette was garaged there for several months. In October, 2005 I did receive communication in writing from Amica regarding the insurance coverages and renewed policy, which I recall indicated that the premium was less. My premium was about $12,000.00 per year and was reduced to about $11,000.00 year. There was a premium change relating to the auto policy in October, 2005. I took the Corvette out of garaging sometime in 2006. I did not call Amica when I took the car out of garaging. I goofed. I did not reinstate full coverage on the Corvette when I began driving it again. I did take comprehensive, collision, and liability coverage off of the 1992 Corvette when it was to be garaged in 2005. I did not call Amica to

reinstate coverage. I acknowledge removal of liability coverage on the Corvette, but I did not ask for removal of the underinsured motorist bodily injury coverage. I was not aware that the coverage was removed from the Corvette. I noticed the premium change on the amendment I received, but if it specified that the underinsured motorist coverage was removed, I don't recall that.

S:\VITONE, VITO AND LINDA - AM-970-1808\Memos\Statement Vito Vitone 05.28.08.doc