UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO.: 08-145S

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS<br>Plaintiff, | ) | **Jury Trial Demand** |
| AMICA MUTUAL INSURANCE COMPANY, AND JOYCE WAGENMAKER,<br>Defendant. | ) | |

**AMICA MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Now comes the defendant, AMICA Mutual Insurance Company ("AMICA"), pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, and hereby moves this Honorable Court to enter summary judgment in its favor on all claims and issues.

As grounds in support of this Motion, AMICA relies upon and incorporates by reference the arguments presented in the Motion for Summary filed in the companion case entitled, Wagenmaker v. AMICA Mutual Insurance Company, No. 08cv41S

As further grounds in support of this Motion, AMICA relies on the accompanying Statement of Undisputed Facts and Memorandum of Law.

WHEREFORE, AMICA respectfully requests that this Court enter summary judgment on its behalf, and, in so doing, determine and declare that:

1. there is no coverage under any insurance policy issued by AMICA, including the subject Policy, for any claims arising out of the July 3, 2006 accident, including, Uninsured/Underinsured Motorist claims submitted by Wagenmaker and Vitone;

2. AMICA properly denied any and all claims submitted by Wagenmaker and Vitone on account of the July 3, 2006 accident, including their Uninsured/Underinsured Motorist claims;

3. AMICA shall have no liability to Wagenmaker for the any of the claims contained in her Complaint, including, her claims for declaratory relief (Count I) and breach of contract (Count II); and

4. AMICA shall have no liability to Safeco Insurance of Illinois in connection with claims submitted by Wagenmaker and Vitone.

Respectfully submitted,
AMICA Mutual Insurance Company
By its attorney,

/s/ John A. Donovan III

John A. Donovan III
SLOANE & WALSH, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108
(617) 523–6010/(617) 227–0927 – *fax*
jdonovan@sloanewalsh.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August 2008, that the within was electronically filed with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system and by regular mail, postage prepaid: David J. Oliveira, Esq., 155 South Main Street, Suite 305, Providence, RI 02903 and Todd D. White, Esq., Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903; Mark P. Dolan, Rice Dolan & Kershaw, 72 Pine Street, Suite 300, Providence, RI 02903.

/s/ Debra Ito

Debra L. Ito

S:\VITONE, VIT0 AND LINDA - AM-970-1808\Pleadings\safecosjmotion.doc