UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION NO.: 08-145S

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS<br>Plaintiff, | ) | **Jury Trial Demand** |
| AMICA MUTUAL INSURANCE COMPANY, AND JOYCE WAGENMAKER,<br>Defendant. | ) | |

**AMICA MUTUAL INSURANCE COMPANY'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

## I. STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56

AMICA incorporates by reference the statements of fact presented in the Statement of Undisputed Facts in the companion case entitled, Wagenmaker v. AMICA Mutual Insurance Company, No. 08cv41S, as if expressly rewritten and set forth herein.

Respectfully submitted,
AMICA Mutual Insurance Company
By its attorney,

/s/ John A. Donovan III

John A. Donovan III
SLOANE & WALSH, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108
(617) 523–6010/(617) 227–0927 – *fax*
jdonovan@sloanewalsh.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August 2008, that the within was electronically filed with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system and by regular mail, postage prepaid: David J. Oliveira, Esq., 155 South Main Street, Suite 305, Providence, RI 02903 and Todd D. White, Esq., Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903; Mark P. Dolan, Rice Dolan & Kershaw, 72 Pine Street, Suite 300, Providence, RI 02903.

/s/ Debra Ito

Debra L. Ito

S:\VITONE, VIT0 AND LINDA - AM-970-1808\Pleadings\safecosjstatementoffacts.doc