*MPD:fm/answers/07-289*

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SAFECO INSURANCE COMPANY
OF ILLINOIS

VS C.A. NO. 08-145S

AMICA MUTUAL INSURANCE COMPANY,
AND JOYCE WAGENMAKER

**COUNTERCLAIM DEFENDANT SAFECO INSURANCE COMPANY'S ANSWER TO COUNTERCLAIM FOR DECLARATORY JUDGMENT FILED BY AMICA MUTUAL INSURANCE COMPANY**

First Defense

Preliminary Statement

Counterclaim defendant denies that this Court must so determine and declare as alleged in paragraph 1 of the counterclaim.

Parties

Counterclaim defendant admits the allegations of paragraphs 2 and 3 of the counterclaim.

Facts

Counterclaim defendant has insufficient information upon which it can respond to the allegations of paragraphs 4 through 19 and leaves the counterclaimant to its proof thereon; upon information and belief, admits the allegations of paragraphs 20, 21, 22, and 23; admits the allegations of paragraph 24; and denies the allegations of paragraph 25.

Count I

Counterclaim defendant repeats and realleges its answers contained in paragraphs 1 through 25 of the counterclaim as more fully set forth herein as its answer to paragraph 26 of Count I; and denies the allegations of paragraphs 27, 28, 29, 30, 31, 32, 33, and 34.

Second Defense

Counterclaimant has failed to state claims upon which relief can be granted.

Third Defense

Counterclaimant's claims are barred by the doctrines of waiver, estoppel, or unclean hands.

WHEREFORE, counterclaim defendant demands that counterclaimant's action against it be dismissed and that judgment be entered for said counterclaim defendant.

**Counterclaim defendant claims a trial by jury.**

/s/ Mark P. Dolan

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Counterclaim Defendant
Safeco Insurance Company of Illinois
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

CERTIFICATION

TO: A copy of the within document has been filed and served upon counsel of record through the Court's ECF system.

DATED: August 15, 2008 /s/ Mark P. Dolan