UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOYCE WAGENMAKER,<br>Plaintiff, | : | |
| v. | : | C.A. No.:08-cv-00041S |
| AMICA MUTUAL INSURANCE CO.,<br>Third-Party Plaintiff, | : | |
| v. | : | |
| VITO VITONE,<br>Third-Party Defendant. | : | |

**ENTRY OF APPEARANCE**

Now comes Nicholas R. Mancini, Esq., and hereby enters his appearance as co-counsel on behalf of Vito Vitone, Third-Party Defendant. Pursuant to Local Rule 206, Todd S. White, Esq., shall remain designated lead counsel as well as counsel designated to receive notices in the above-captioned matter.

Dated: September 12, 2008

/s/ Nicholas Mancini
Nicholas R. Mancini, Esq. #7100
nmancini@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

**CERTIFICATION**

I hereby certify that on this 12th day of September 2008, the within was electronically filed with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system:

David J. Oliveira, Esq.
155 South Main Street, Suite 305
Providence, RI 02903

Mark P. Dolan, Esq.
Rice Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02903

John A. Donovan III, Esq.
Nicole J. Tedesco, Esq.
Sloane & Walsh, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108

/s/ Todd White

*467938_1*