UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOYCE WAGENMAKER<br>Plaintiff<br><br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY | : | C.A. No. 08-41T |
| SAFECO INSURANCE COMPANY OF ILLINOIS<br>Plaintiff<br><br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY and JOYCE WAGENMAKER | : | C.A. No. 08-145S |

**DEFENDANT JOYCE WAGENMAKER'S MOTION FOR SUMMARY JUDGMENT IN C.A. # 08-145S**

At all times material hereto, Plaintiff held a policy of auto insurance issued by Safeco Insurance Company of Illinois which provides uninsured motorists ("UM") coverage. Safeco has always acknowledged that the UM provisions of this policy would afford coverage to Ms. Wagenmaker for the collision and resultant injuries in issue in these proceedings in the event that the Amica policy at issue does not afford UM coverage to her. There thus being an absence of controversy on this coverage issue, Ms. Wagenmaker hereby preserves her right to proceed to judgment against Safeco in the event that this Court determines that there is no UM coverage available to Wagenmaker

under the Amica policy and Safeco then denies coverage under its policy.

Plaintiff
By her Attorney

_____/s/ David J. Oliveira______
DAVID J. OLIVEIRA, ESQ. #2516
155 South Main Street Suite 305
Providence, RI 02903
(401) 274-9191
(401) 274-9190 (Fax)
doliveira@djolaw.com
Date: _____09/15/08____________

**CERTIFICATION**

I hereby certify that the within was electronically filed with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system: **Nicole J. Todesco, Esq.,** Sloane & Walsh, LLP, Three Center Plaza, 8th Floor, Boston, MA 02108, **Todd D. White, Esq.,** Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903, and **Mark P. Dolan, Esq.,** Rice, Dolan & Kershaw, 72 Pine Street, Suite 300, Providence, RI 02903 on this 15th day of September, 2008.

_______David J. Oliveira_______