# EXHIBIT B

# AFFIDAVIT

State of Indiana

County of Marion

NAME OF INSURED: JOYCE WAGENMAKER
CHRISTOPHER D DOMBROWSKI

POLICY NUMBER: Z3620833

POLICY DATES: 05-05-06 TO 11-05-06

Angela Gilbreath being duly sworn on oath says she is an archivist of SAFECO Insurance Company of Illinois and that she has compared the attached copies of the insurance policy number listed above and endorsements with the original records of the policy of insurance and endorsements contained in the Company's files and that the same is a true and exact recital of all the provisions in the said original policy and endorsements attached thereto.

Angela Gilbreath

Subscribed and sworn to before me

on January 4, 2008.

Deborah A. Wilhoite
Notary Public

DEBORAH A. WILHOITE
Notary Public, State of Indiana
Boone County, Comm. # 517003
My Commission Expires
May 30, 2010

CO

**THIS IS NOT A BILL.**
When money is due, you will receive a bill in a separate mailing.

WM SCHWARTZ & COMPANY
458 N GREEN BAY RD
WAUKEGAN IL 60085 2474

APRIL 24, 2006

| | |
|---|---|
| Policy Number: | Z3620833 |
| 24-Hour Claims: | 1-800-332-3226 |
| Pay Your Bill: | 1-800-332-3226 |
| All Other Policy Service: | (847) 336-8700 |
| Online Account Service: | www.safeco.com |

JOYCE WAGENMAKER
CHRISTOPHER D DOMBROWSKI
116 Hemstead St
Lake Bluff IL 60044-1153

We changed your automobile policy as follows:

2000 INFINITI I30
- Liability limits are changed.
- The Uninsured/Underinsured Motorists Bodily Injury and Property Damage is changed from $100,000/$300,000 to $300,000.

2000 VOLKSWAGEN JETTA GLX
- Liability limits are changed.
- The Uninsured/Underinsured Motorists Bodily Injury and Property Damage is changed from $100,000/$300,000 to $300,000.

This change is effective May 5, 2006. Please place this letter with your insurance policy. Information on coverages and limits can be found on the revised Declarations page, enclosed.

The additional premium for this change is $109.80. The billing for this amount will be explained on the next statement for your account number 7284-3620833. A $679.20 payment for the outstanding bill on your account is due on May 4, 2006.

If you have any questions or wish to make any changes to your policy, you can do so by calling your agent at (847) 336-8700.

We appreciate the opportunity to serve you. Thank you.

Personal Lines Underwriting

087

**SAFECO INSURANCE COMPANY OF ILLINOIS**
P O BOX 461, ST. LOUIS, MO 63166

OC-429/EP 4/06
G1

# SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

POLICY NUMBER: Z3620833

INSURED:
JOYCE WAGENMAKER
CHRISTOPHER D DOMBROWSKI
116 Hemstead St
Lake Bluff IL 60044-1153

POLICY CHANGE
CHANGED EFFECTIVE: MAY 5 2006
POLICY PERIOD FROM: MAY 5 2006
TO: NOV. 5 2006

at 12:01 A.M. standard time at the address of the insured as stated herein.

AGENT:
WM SCHWARTZ & COMPANY
458 N GREEN BAY RD
WAUKEGAN IL 60085-2474

AGENT TELEPHONE:
(847) 336-8700

ALL DRIVERS IN HOUSEHOLD: JOYCE WAGENMAKER, CHRISTOPHER D DOMBROWSKI

RATED DRIVERS: JOYCE WAGENMAKER, CHRISTOPHER D DOMBROWSKI

| | | | |
|---|---|---|---|
| 2000 INFINITI | I30 | 4 DOOR SEDAN | ID# JNKCA31A61T009772 |
| 2000 VOLKSWAGEN | JETTA GLX | 4 DOOR SEDAN | ID# 3VWTE29M5YM079462 |

The policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed. Please be advised that combining limits for any coverage under any circumstance is always prohibited as specifically stated elsewhere in this policy.

| COVERAGES | 2000 INFI LIMITS | PREMIUMS | 2000 VOLK LIMITS | PREMIUMS |
|---|---|---|---|---|
| COMBINED SINGLE LIMIT: BODILY INJURY & PROPERTY DAMAGE LIABILITY | $300,000 Each Occurrence | $ 179.90 | $300,000 Each Occurrence | $ 160.30 |
| MEDICAL PAYMENTS | $5,000 | 15.40 | $5,000 | 15.40 |
| UNINSURED/UNDERINSURED MOTORISTS: COMBINED BI & PD LIABILITY (PD: $250 DED.) | $300,000 Each Accident | 52.60 | $300,000 Each Accident | 52.60 |
| COMPREHENSIVE | Actual Cash Value Less $250 Deductible | 31.30 | Actual Cash Value Less $250 Deductible | 35.10 |
| COLLISION | Actual Cash Value Less $250 Deductible | 109.90 | Actual Cash Value Less $250 Deductible | 100.80 |
| ADDITIONAL COVERAGES: LOSS OF USE | $50 Per Day/$1500 Max | 20.50 | $25 Per Day/$750 Max | 10.20 |
| EMER. ASSIST PKG | | 5.00 | | |
| | TOTAL | $ 414.60 | TOTAL | $ 374.40 |

TOTAL EACH VEHICLE:
2000 INFI $ 414.60
2000 VOLK 374.40

TOTAL PREMIUM FOR ALL VEHICLES .................................... $ 789.00

-CONTINUED-

P O BOX 461, ST. LOUIS, MO 63166

SA-1697/EP 9/90
G11



DATE PREPARED: APR. 24 2006

080

SAFECO INSURANCE COMPANY OF ILLINOIS
AUTOMOBILE POLICY DECLARATIONS POLICY NUMBER: Z3620833

(CONTINUED)

CONGRATULATIONS! YOU SAVED $187.90. YOU HAVE QUALIFIED FOR THE FOLLOWING DISCOUNTS: Account, Anti-Theft 5%, Multi-Car

X880

# SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

POLICY NUMBER: Z3620833

INSURED:
JOYCE WAGENMAKER
CHRISTOPHER D DOMBROWSKI
116 Hemstead St
Lake Bluff IL 60044-1153

RENEWAL

POLICY PERIOD FROM: MAY 5 2006
TO: NOV. 5 2006

at 12:01 A.M. standard time at the address of the insured as stated herein.

AGENT:
WM SCHWARTZ & COMPANY
458 N GREEN BAY RD
WAUKEGAN IL 60085-2474

AGENT TELEPHONE:
(847) 336-8700

ALL DRIVERS IN HOUSEHOLD: JOYCE WAGENMAKER, CHRISTOPHER D DOMBROWSKI

RATED DRIVERS: JOYCE WAGENMAKER, CHRISTOPHER D DOMBROWSKI

| | | | |
|---|---|---|---|
| 2000 INFINITI | I30 | 4 DOOR SEDAN | ID# JNKCA31A61T009772 |
| 2000 VOLKSWAGEN | JETTA GLX | 4 DOOR SEDAN | ID# 3VWTE29M5YM079462 |

The policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed. Please be advised that combining limits for any coverage under any circumstance is always prohibited as specifically stated elsewhere in this policy.

| COVERAGES | 2000 INFI LIMITS | PREMIUMS | 2000 VOLK LIMITS | PREMIUMS |
|---|---|---|---|---|
| LIABILITY: BODILY INJURY | $100,000 Each Person $300,000 Each Occurrence | $ 106.40 | $100,000 Each Person $300,000 Each Occurrence | $ 93.80 |
| PROPERTY DAMAGE | $100,000 Each Occurrence | 49.20 | $100,000 Each Occurrence | 46.00 |
| MEDICAL PAYMENTS | $5,000 | 15.40 | $5,000 | 15.40 |
| UNINSURED AND UNDERINSURED MOTORISTS: BODILY INJURY | $100,000 Each Person $300,000 Each Accident | 20.10 | $100,000 Each Person $300,000 Each Accident | 20.10 |
| COMPREHENSIVE | Actual Cash Value Less $250 Deductible | 31.30 | Actual Cash Value Less $250 Deductible | 35.10 |
| COLLISION | Actual Cash Value Less $250 Deductible | 109.90 | Actual Cash Value Less $250 Deductible | 100.80 |
| ADDITIONAL COVERAGES: LOSS OF USE | $50 Per Day/$1500 Max | 20.50 | $25 Per Day/$750 Max | 10.20 |
| EMER. ASSIST PKG | | 5.00 | | |
| | TOTAL | $ 357.80 | TOTAL | $ 321.40 |

TOTAL EACH VEHICLE: 2000 INFI $ 357.80
2000 VOLK 321.40

TOTAL PREMIUM FOR ALL VEHICLES .................................... $ 679.20

-CONTINUED-

P O BOX 461, ST. LOUIS, MO 63166

SA-1597/EP 9/90
G11

DATE PREPARED: MAR. 1 2006

SAFECO INSURANCE COMPANY OF ILLINOIS
AUTOMOBILE POLICY DECLARATIONS POLICY NUMBER: Z3620833

(CONTINUED)

CONGRATULATIONS! YOU SAVED $166.80. YOU HAVE QUALIFIED FOR THE FOLLOWING DISCOUNTS: Account, Anti-Theft 5%, Multi-Car

102X

## SECTION THREE — CHANGES COMMON TO ALL POLICIES

Following is a summary of some of the most significant differences between the American States Auto Policy and your new SAFECO Auto Policy. For a complete description of your coverages, please read your policy.

- Your Medical Payments Coverage has been expanded to include insurance for you or any family member if you are struck by a motor vehicle while riding a bicycle. We also provide Medical Payments for guests occupying a car you do not own but are driving at the time of the accident.
- If you carry collision coverage and you are involved in an accident with another SAFECO-insured vehicle, we will waive your deductible.
- Your policy defines "tentative settlement" and "settlement agreement".
- If you do not reach an agreement with the insurer of the other vehicle responsible for the accident, the limits available under your Underinsured Motorists Coverage are the limits shown on the Declarations for this coverage minus any amounts paid by the insurer of the other vehicle responsible for the accident. If you do have a settlement agreement with that insurer, the maximum amount available is the amount your Underinsured Motorists limit exceeds the maximum limit available under the other vehicles bodily injury liability policy limits.
- The Transportation Expenses coverage under Part D of your policy is expanded to provide up to $22 per day for alternate transportation, if your vehicle is stolen, up to a maximum of $660.
- If you acquire a new vehicle, you have until the end of the policy period to tell us. If this acquisition occurs at the end of your policy period, we will give you 30 days to provide us with this information.
- This policy provides no coverage for you while operating a motorcycle or moped.
- Under Part D of your policy, coverage for Clothes and Luggage is no longer included; neither is coverage for travel in Mexico.
- SAFECO includes procedures to follow when you are in an accident with another driver who is underinsured and you are ready to agree to a tentative settlement with that driver's insurance company. SAFECO must receive notice of such tentative agreement or settlement.
- If an auto accident results in death, your Medical Payments Coverage pays only for actual medical expenses incurred.



114

SAFECO

# ILLINOIS PERSONAL AUTO POLICY

SAFECO INSURANCE COMPANY OF ILLINOIS
Home Office: 2800 W. Higgins Rd., Suite 1100, Hoffman Estates, Illinois 60195

SAFECO INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERICA
Home Office: 4333 Brooklyn Ave. N.E., Seattle, Washington 98185

SAFECO NATIONAL INSURANCE COMPANY
Home Office: 3637 S. Geyer Road, Sunset Hills, Missouri 63127

(Each a stock insurance company.)

## READY REFERENCE TO YOUR AUTO POLICY

| | Beginning On Page |
|---|---|
| **AGREEMENT** | 1 |
| **DEFINITIONS** | 1 |
| **PART A — LIABILITY COVERAGE** | 2 |
| Insuring Agreement | |
| Supplementary Payments | |
| Exclusions | |
| Limit of Liability | |
| Out of State Coverage | |
| Financial Responsibility Required | |
| Other Insurance | |
| **PART B — MEDICAL PAYMENTS COVERAGE** | 4 |
| Insuring Agreement | |
| Exclusions | |
| Limit of Liability | |
| Other Insurance | |
| **PART C — UNINSURED/UNDERINSURED MOTORISTS COVERAGE** | 6 |
| Insuring Agreement | |
| Exclusions | |
| Limit of Liability | |
| Other Insurance | |
| **PART D — COVERAGE FOR DAMAGE TO YOUR AUTO** | 9 |
| Insuring Agreement | |
| Transportation Expenses | |
| Exclusions | |
| Limit of Liability | |
| Payment of Loss | |
| No Benefit to Bailee | |
| Other Sources of Recovery | |
| Appraisal | |
| **PART E — DUTIES AFTER AN ACCIDENT OR LOSS** | 12 |
| **PART F — GENERAL PROVISIONS** | 13 |
| Policy Period and Territory | |
| Changes | |
| Termination | |
| Two or More Autos Insured; Two or More Auto Policies | |
| **ADDITIONAL COVERAGES** | 15 |
| Property Damage Uninsured Motorists Coverage | |
| Towing and Labor Costs Coverage | |
| Loss of Use Coverage | |



® A registered trademark of SAFECO Corporation

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we agree with you as follows:

## DEFINITIONS

**A.** Throughout this policy, "you" and "your" refer to:

1. The "named insured" shown in the Declarations; and
2. The spouse if a resident of the same household.

**B.** "We," "us" and "our" refer to the Company providing this insurance.

**C.** For purposes of this policy, a private passenger type auto shall be deemed to be owned by a person if leased:

1. Under a written agreement to that person; and
2. For a continuous period of at least six months.

Other words and phrases are defined. They are in bold type when used.

**D.** **"Bodily injury"** means bodily harm, sickness or disease, including death that results.

**E.** **"Business"** includes trade, profession or occupation.

**F.** **"Family member"** means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child who is a resident of your household.

**G.** **"Occupying"** means in; upon; or getting in, on, out or off.

**H.** **"Property damage"** means physical injury to, destruction of or loss of use of tangible property.

**I.** **"Punitive or exemplary damages"** include damages which are awarded to punish or deter wrongful conduct, to set an example, to fine, penalize or impose a statutory penalty, and damages which are awarded for any purpose other than as compensatory damages for **bodily injury** or **property damage.**

**J.** **"Trailer"** means a vehicle designed to be pulled by a:

1. Private passenger auto; or
2. Pickup, van or motor home.

It also means a recreational camping vehicle, a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

**K.** **"Your covered auto"** means:

1. Any vehicle shown in the Declarations.
2. Any of the following types of vehicles on the date you become the owner, whether operational or not:
   - **a.** a private passenger auto;
   - **b.** a pickup or van that:
     - **(1)** has a Gross Vehicle Weight of less than 10,000 lbs.; and
     - **(2)** is not used for the delivery or transportation of goods and materials unless such use is:
       - **(a)** incidental to your **business** of installing, maintaining or repairing furnishings or equipment; or
       - **(b)** for farming or ranching; or
   - **c.** a motor home or **trailer.**

   If the vehicle you acquire replaces one shown in the Declarations, it will have the same coverage as the vehicle it replaced.

   If the vehicle you acquire is in addition to any shown in the Declarations, it will have the broadest coverage we now provide for any vehicle shown in the Declarations.

   This provision (K.2.) applies only if you ask us to insure the newly acquired vehicle during the policy period in which it was acquired or within thirty days after you become the owner, whichever is greater.
3. Any **trailer** you own.
4. Any auto or **trailer** you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:
   - **a.** breakdown;
   - **b.** repair;
   - **c.** servicing;
   - **d.** loss; or
   - **e.** destruction.

   This provision (K.4.) does not apply to Coverage for Damage to Your Auto.

116

## PART A — LIABILITY COVERAGE

### INSURING AGREEMENT

A. We will pay damages for **bodily injury** or **property damage** for which any **insured** becomes legally responsible because of an auto accident. We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted. We have no duty to defend any suit or settle any claim for **bodily injury** or **property damage** not covered under this policy.

B. **"Insured"** as used in this Part means:

1. You or any **family member** for the ownership, maintenance or use of any auto or **trailer.**
2. Any person using **your covered auto.**
3. For **your covered auto,** any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under 1. and 2. above.
4. For any auto or **trailer,** other than **your covered auto,** any other person or organization but only with respect to legal responsibility for acts or omissions of you or any **family member** for whom coverage is afforded under this Part. This provision (B.4.) applies only if the person or organization does not own or hire the auto or **trailer.**

### SUPPLEMENTARY PAYMENTS

In addition to our limit of liability, we will pay on behalf of an **insured:**

1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in **bodily injury** or **property damage** covered under this policy. We are not obligated to apply for or furnish such bonds.
2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.
3. Interest on that part of the judgment we pay, accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.
4. Up to $50 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.
5. Other reasonable expenses incurred at our request.

### EXCLUSIONS

A. We do not provide Liability Coverage for any person:

1. Who intentionally causes **bodily injury** or **property damage.**
2. For **property damage** to property owned or being transported by that person.
3. For **property damage** to property:
   a. rented to:
   b. used by; or
   c. in the care of;

   that person.

   This exclusion (A.3.) does not apply to **property damage** to a residence or private garage.
4. For **bodily injury** to an employee of that person during the course of employment. This exclusion (A.4.) does not apply to **bodily injury** to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.
5. For that person's liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This exclusion (A.5.) does not apply to a share-the-expense car pool.
6. While employed or otherwise engaged in the **business** or occupation of:
   a. selling;
   b. repairing;
   c. servicing;
   d. storing; or
   e. parking;

   vehicles designed for use mainly on public highways. This includes road testing and delivery. This exclusion (A.6.) does not apply to the ownership, maintenance or use of **your covered auto** by:
   a. you;
   b. any **family member**; or
   c. any partner, agent or employee of you or any **family member.**
7. Maintaining or using any vehicle while that person is employed or otherwise engaged

115X

in any **business** or occupation (other than farming or ranching) not described in Exclusion A.6. This exclusion (A.7.) does not apply to the maintenance or use of a:

a. private passenger auto,

b. pickup, motor home or van that:

(1) you own; or

(2) you do not own while used as a temporary substitute for **your covered auto** which is out of normal use because of its:

(a) breakdown;

(b) repair;

(c) servicing;

(d) loss; or

(e) destruction; or

c. **trailer** used with a vehicle described in a. or b. above.

8. Using a vehicle without a reasonable belief that that person has permission to do so. This exclusion (A.8.) does not apply to a **family member** using **your covered auto** which is owned by you.

9. For **bodily injury** or **property damage** for which that person:

a. is an insured under a nuclear energy liability policy; or

b. would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

A nuclear energy liability policy is a policy issued by any of the following or their successors:

a. American Nuclear Insurers;

b. Mutual Atomic Energy Liability Underwriters; or

c. Nuclear Insurance Association of Canada.

10. For **punitive or exemplary damages** awarded against an **insured.** However, if a suit is brought against an **insured** arising out of a claim for acts or alleged acts covered under Part A of the policy, we will provide a defense to such action without liability for **punitive or exemplary damages.**

11. For **bodily injury** to you or any **family member.** However, this exclusion does not apply:

a. to the maintenance or use of **your covered auto** by any person other than you or any **family member;** or

b. when a third party acquires a right of contribution against you or any **family member.**

B. We do not provide Liability Coverage for the ownership, maintenance or use of:

1. Any vehicle which:

a. has fewer than four wheels; or

b. is designed mainly for use off public roads.

This exclusion does not apply:

a. while such vehicle is being used by an **insured** in a medical emergency; or

b. to any **trailer.**

2. Any vehicle, other than **your covered auto,** which is:

a. owned by you; or

b. furnished or available for your regular use.

3. Any vehicle, other than **your covered auto,** which is:

a. owned by any **family member;** or

b. furnished or available for the regular use of any **family member.**

However, this exclusion (B.3.) does not apply to you while you are maintaining or **occupying** any vehicle which is:

a. owned by a **family member;** or

b. furnished or available for the regular use of a **family member.**

4. Any vehicle, located inside a facility designed for racing, for the purpose of:

a. competing in; or

b. practicing or preparing for;

any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

A. If the Declarations indicate **Individual Coverages** apply:

The limit of liability shown in the Declarations for each person for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care and loss of services (including loss of consortium and wrongful death), arising out of **bodily injury** sustained by any one person in any one auto accident.

Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Bodily Injury Liability is our maximum limit of liability for all damages for **bodily injury** resulting from any one auto accident.

117

The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all **property damage** resulting from any one accident.

This is the most we will pay regardless of the number of:

1. **Insureds;**
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.

**B.** If the Declarations indicate **Combined Single Limit** applies:

The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for all damages resulting from any one auto accident. This is the most we will pay regardless of the number of:

1. **Insureds;**
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.

We will apply the limit of liability to provide any separate limits required by law for bodily injury and property damage liability. However, this provision will not change our total limit of liability.

**C.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Part B or Part C of this policy.

**OUT OF STATE COVERAGE**

If an auto accident to which this policy applies occurs in any state or province other than the one in which **your covered auto** is principally garaged, we will interpret your policy for that accident as follows:

**A.** If the state or province has:

1. A financial responsibility or similar law specifying limits of liability for **bodily injury** or **property damage** higher than the limit shown in the Declarations, your policy will provide the higher specified limit.
2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

**B.** No one will be entitled to duplicate payments for the same elements of loss.

**FINANCIAL RESPONSIBILITY**

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

**OTHER INSURANCE**

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

## PART B — MEDICAL PAYMENTS COVERAGE

**INSURING AGREEMENT**

**A.** We will pay the usual and customary charges incurred for reasonable and necessary medical and funeral expenses because of **bodily injury:**

1. Caused by accident; and
2. Sustained by an **insured.**

We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

**B.** "**Insured**" as used in this Part means:

1. You or any **family member:**
   - **a.** while **occupying;** or
   - **b.** as a pedestrian when struck by;

   a motor vehicle designed for use mainly on public roads or a **trailer** of any type.

   Also, you or any **family member** while **occupying** a bicycle when struck by a motor vehicle designed for use mainly on public roads or by a **trailer** of any type.
2. Any other person while **occupying:**
   - **a.** **your covered auto;** or
   - **b.** any other auto operated by:
     - **(1)** you; or
     - **(2)** a **family member,** if the auto is a private passenger auto or **trailer.**

**EXCLUSIONS**

We do not provide Medical Payments Coverage for any person for **bodily injury:**

1. Sustained while **occupying** any motorized vehicle having fewer than four wheels.

117X

2. Sustained while **occupying your covered auto** when it is being used as a public or livery conveyance. This exclusion (2.) does not apply to a share-the-expense car pool.

3. Sustained while **occupying** any vehicle located for use as a residence or premises.

4. Occurring during the course of employment if workers' compensation benefits are required or available for the **bodily injury.**

5. Sustained while **occupying,** or when struck by, any vehicle (other than **your covered auto**) which is:

   a. owned by you; or

   b. furnished or available for your regular use.

6. Sustained while **occupying,** or when struck by, any vehicle (other than **your covered auto**) which is:

   a. owned by any **family member;** or

   b. furnished or available for the regular use of any **family member.**

   However, this exclusion (6.) does not apply to you.

7. Sustained while **occupying** a vehicle without a reasonable belief that that person has permission to do so.

8. Sustained while **occupying** a vehicle when it is being used in the **business** or occupation of an **insured.** This exclusion (8.) does not apply to **bodily injury** sustained while **occupying** a:

   a. private passenger auto;

   b. pickup, van or motor home that you own; or

   c. **trailer** used with a vehicle described in a. or b. above.

9. Caused by or as a consequence of:

   a. discharge of a nuclear weapon (even if accidental);

   b. war (declared or undeclared);

   c. civil war;

   d. insurrection; or

   e. rebellion or revolution.

10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:

    a. nuclear reaction;

    b. radiation; or

    c. radioactive contamination.

11. Sustained while **occupying** any auto not owned by, or furnished or available for the regular use of, you or any **family member** when it is being used as a public or livery conveyance. However, this exclusion does not apply to:

    a. a share-the-expense car pool; or

    b. you or any **family member.**

12. Sustained while **occupying** any vehicle located inside a facility designed for racing, for the purpose of:

    a. competing in; or

    b. practicing or preparing for;

    any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:

   1. **Insureds;**

   2. Claims made;

   3. Vehicles or premiums shown in the Declarations; or

   4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Part A or Part C of this policy.

## OTHER INSURANCE

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

## PART C — UNINSURED/UNDERINSURED MOTORISTS COVERAGE

### INSURING AGREEMENT

A. We will pay damages which an **insured** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** or **underinsured motor vehicle** because of **bodily injury**:

1. Sustained by an **insured**; and
2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle** or **underinsured motor vehicle.**

We will pay under Underinsured Motorists Coverage only after the limits of liability under any applicable bodily injury liability bonds or policies have been exhausted by payment of judgments or settlements, unless:

1. We have been given written notice of a **tentative settlement** and decide to advance payment to the **insured** in an amount equal to that settlement; or
2. We and an **insured** have reached a **settlement agreement.**

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B. "**Insured**" as used in this Part means:

1. You or any **family member.**
2. Any other person **occupying**:
   a. **your covered auto**; or
   b. any other auto operated by you.
3. Any person for damages that person is entitled to recover because of **bodily injury** to which this coverage applies sustained by a person described in 1. or 2. above.

C. **"Tentative settlement"** means an offer from the owner or operator of the **underinsured motor vehicle** to compensate an **insured** for damages incurred because of **bodily injury** sustained in an accident involving the **underinsured motor vehicle.**

D. **"Settlement agreement"** means we and an **insured** agree that the **insured** is legally entitled to recover from the owner or operator of the **underinsured motor vehicle,** damages for **bodily injury** and, without arbitration, agree also as to the amount of damages. Such agreement shall be final and binding regardless of any subsequent judgment or settlement reached by the **insured** with the owner or operator of the **underinsured motor vehicle.**

E. "**Uninsured motor vehicle**" means a land motor vehicle or **trailer** of any type:

1. To which no bodily injury liability bond or policy applies at the time of the accident.
2. To which a bodily injury liability bond or policy applies at the time of the accident if its limit for bodily injury liability is less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law.
3. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or causes an object to hit:
   a. you or any **family member;**
   b. a vehicle which you or any **family member** are **occupying;** or
   c. **your covered auto.**

   If there is no physical contact with the hit-and-run vehicle the facts of the accident must be proved.
4. To which a bodily injury liability bond or policy applies at the time of the accident, but the bonding or insuring company:
   a. denies coverage; or
   b. is or becomes insolvent.

However, **uninsured motor vehicle** does not include any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any **family member** unless it is a **your covered auto** to which Part A of the policy applies and liability coverage is excluded for damages sustained in the accident.
2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.
3. Owned by any governmental unit or agency.
4. Operated on rails or crawler treads.
5. Designed mainly for use off public roads while not on public roads.
6. While located for use as a residence or premises.

F. **"Underinsured motor vehicle"** means a land motor vehicle or **trailer** of any type to which a bodily injury liability bond or policy applies at the time of the accident but its limit for bodily injury liability is less than the limit of liability for this coverage.

However, **underinsured motor vehicle** does not include any vehicle or equipment:

1. Which is an **uninsured motor vehicle.**

118X

2. Owned by or furnished or available for the regular use of you or any **family member**.

3. Owned by any governmental unit or agency.

4. Operated on rails or crawler treads.

5. Designed mainly for use off public roads while not upon public roads.

6. While located for use as a residence or premises.

7. Owned or operated by a person qualifying as a self-insurer under any applicable motor vehicle law.

8. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

   a. denies coverage; or

   b. is or becomes insolvent.

**EXCLUSIONS**

A. We do not provide Uninsured/Underinsured Motorists Coverage for **bodily injury** or **property damage** sustained:

   1. By an **insured** while **occupying,** or when struck by, any motor vehicle owned by that **insured** which is not insured for this coverage under this policy. This includes a **trailer** of any type used with that vehicle.

   2. By any **family member** while **occupying,** or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

B. We do not provide Uninsured/Underinsured Motorists Coverage for **bodily injury** sustained by any person:

   1. If that person or the legal representative settles the **bodily injury** claim without our consent.

   2. While **occupying your covered auto** when it is being used as a public or livery conveyance. However, this exclusion does not apply to:

      a. a share-the-expense car pool; or

      b. you or any **family member**.

   3. Using a vehicle without a reasonable belief that that person has permission to do so. This exclusion (B.3.) does not apply to a **family member** using **your covered auto** which is owned by you.

   4. While **occupying** or operating an owned motorcycle or moped.

   5. While **occupying** any auto not owned by, or furnished or available for the regular use of, you or any **family member** when it is being used as a public or livery conveyance. However, this exclusion does not apply to:

      a. a share-the-expense car pool; or

      b. you or any **family member**.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

   1. Workers' compensation law; or

   2. Disability benefits law.

D. We do not provide Uninsured/Underinsured Motorists Coverage for **punitive or exemplary damages.**

**LIMIT OF LIABILITY**

A. The limit of liability shown in the Declarations for each person for Uninsured/Underinsured Motorists Coverage is our maximum limit of liability for all damages including damages for care and loss of services (including loss of consortium and wrongful death), arising out of **bodily injury** sustained by any one person in any one accident.

   Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Uninsured/Underinsured Motorists Coverage is our maximum limit of liability for all damages for **bodily injury** resulting from any one accident.

   This is the most we will pay regardless of the number of:

   1. **Insureds;**

   2. Claims made;

   3. Vehicles or premiums shown in the Declarations; or

   4. Vehicles involved in the accident.

B. Except in the event of a **settlement agreement,** the limit of liability for Underinsured Motorists Coverage shall be reduced by all sums paid because of the **bodily injury** by or on behalf of persons or organizations who may be legally responsible. This includes all sums paid under Part A of this policy.

C. In the event of a **settlement agreement,** the maximum limit of liability for Underinsured Motorists Coverage shall be the amount by which the limit of liability for this coverage exceeds the limits of bodily injury liability bonds or policies applicable to the owner or operator of the **underinsured motor vehicle.**

D. For Uninsured Motorists Coverage:

   1. Any amounts otherwise payable for damages under this Part shall be reduced by all sums paid or payable because of the **bodily injury** under any of the following or similar law:

      a. workers' compensation law; or

      b. disability benefits law.

   2. Any payment under this Part will reduce any amount that person is entitled to recover under Part A of this policy.

611

3. No one will be entitled to receive duplicate payments for the same elements of loss.

E. For Underinsured Motorists Coverage:

1. The limit of liability for Underinsured Motorists Coverage shall be reduced by all sums:

   a. paid or payable because of the **bodily injury** under any automobile medical payments coverage. This includes all sums paid under Part B of this policy.

   b. paid or payable because of the **bodily injury** under any of the following or similar law:

      **(1)** workers' compensation law; or

      **(2)** disability benefits law.

   However, this paragraph shall not apply to disability benefits received under the Federal Social Security Act.

2. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Part A, Part B or Part C of this policy.

3. We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

4. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

   a. workers' compensation law; or

   b. disability benefits law.

However, this shall not apply to disability benefits received under the Federal Social Security Act.

**OTHER INSURANCE**

A. For Uninsured Motorists Coverage only:

If there is other applicable similar insurance available under more than one policy or provision of coverage:

1. Any recovery for damages for **bodily injury** sustained by an **insured** may equal but not exceed the higher of the applicable limit for any one vehicle under this insurance or any other insurance.

2. Any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible insurance.

3. We will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

B. For Underinsured Motorists Coverage only:

If there is other applicable insurance available under one or more policies or provisions of coverage:

1. Any recovery for damages under all such policies or provisions of coverage may be equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.

2. Any insurance we provide with respect to a vehicle you do not own shall be excess over any collectible insurance providing coverage on a primary basis.

3. If the coverage under this policy is provided:

   a. on a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.

   b. on an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

**EXHAUSTION CLAUSE**

We will pay under the Underinsured Motorists Coverage only after the limits of liability under any applicable bodily injury liability bonds or policies have been exhausted by payment of judgments or settlements, unless:

1. We have been given written notice of a **tentative settlement** and decide to advance payment to the **insured** in an amount equal to that settlement; or

2. We and an **insured** have reached a **settlement agreement.**

**ARBITRATION**

A. If we and an **insured** do not agree:

1. Whether that person is legally entitled to recover damages under this part; or

2. As to the amount of damages which are recoverable by that **insured;**

from the owner or operator of an **uninsured motor vehicle,** then the matter may be arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If such arbitrators are not selected within 45 days, either

1.9x

party may request that the arbitration be submitted to the American Arbitration Association

B. We will bear all the expenses of the arbitration except when the **insured's** recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law. If this occurs, the **insured** will be responsible up to the amount by which the **insured's** recovery exceeds the statutory minimum for:

   1. Payment of his or her expenses; and
   2. An equal share of the third arbitrator's expenses.

C. Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

   1. Whether the **insured** is legally entitled to recover damages; and
   2. The amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

### ADDITIONAL DUTIES

Any person seeking Underinsured Motorists Coverage must also:

1. Give us written notice of a **tentative settlement** and allow us 30 days to advance payment in an amount equal to that settlement to preserve our rights against the owner or operator of the **underinsured motor vehicle.**
2. File suit against the owner or operator of the **underinsured motor vehicle** prior to the conclusion of a **settlement agreement.** Such suit cannot be abandoned, or settled without giving us written notice of a **tentative settlement** and allowing us 30 days to advance payment in an amount equal to that settlement to preserve our rights against the owner or operator of the **underinsured motor vehicle.**
3. Promptly send us copies of the legal papers if a suit is brought.

## PART D — COVERAGE FOR DAMAGE TO YOUR AUTO

### INSURING AGREEMENT

A. We will pay for direct and accidental loss to **your covered auto** or any **non-owned auto,** including its equipment, minus any applicable deductible shown in the Declarations. We will pay for loss to **your covered auto** caused by:

   1. Other than **collision** only if the Declarations indicate that Comprehensive Coverage is provided for that auto.
   2. **Collision** only if the Declarations indicate that Collision Coverage is provided for that auto.

   If there is a loss to a **non-owned auto,** we will provide the broadest coverage applicable to any vehicle shown in the Declarations.

B. **"Collision"** means the upset of **your covered auto** or a **non-owned auto** or its impact with another vehicle or object. No deductible will apply if the collision is with another auto insured by either SAFECO Insurance Company of America, SAFECO Insurance Company of Illinois, SAFECO National Insurance Company, SAFECO Lloyds Insurance Company, First National Insurance Company of America or General Insurance Company of America.

   **"Comprehensive"** means loss, other than **collision,** to **your covered auto** or a **non-owned auto.**

   Loss caused by the following are not **collision** losses but are **comprehensive** losses:

   Loss caused by missiles or falling objects; fire; theft or larceny; explosion or earthquake; windstorm; hail, water or flood; malicious mischief or vandalism; riot or civil commotion; contact with a bird or animal; or breakage of glass.

   If breakage of glass is caused by a **collision,** you may elect to have it considered a loss caused by **collision.**

C. **"Non-owned auto"** means:

   1. Any private passenger auto, pickup, van or **trailer** not owned by or furnished or available for the regular use of you or any **family member** while in the custody of or being operated by you or any **family member;** or
   2. Any auto or **trailer** you do not own while used as a temporary substitute for **your covered auto** which is out of normal use because of its:
      a. breakdown;
      b. repair;
      c. servicing;
      d. loss; or
      e. destruction.

120

D. **"Camper body"** means a body equipped as sleeping or living quarters which is designed to be mounted on a pickup.

**TRANSPORTATION EXPENSES**

In addition we will pay, without application of a deductible, either of the following, whichever is greater:

1. Up to $22 per day, to a maximum of $660; or
2. The limit for Loss of Use, if any, shown on the Declarations;

For:

1. Temporary transportation expenses incurred by you in the event of a total theft of **your covered auto.** We will pay for such expenses only if the Declarations indicate that Comprehensive Coverage is provided for that auto.
2. Indirect loss expenses for which you become legally responsible in the event of a loss to a **non-owned auto.** We will pay for indirect loss expenses if the loss is caused by:
   a. other than **collision** only if the Declarations indicate that Comprehensive Coverage is provided for any **your covered auto.**
   b. **collision** only if the Declarations indicate that Collision Coverage is provided for any **your covered auto.**

If the loss is caused by a total theft of **your covered auto** or a **non-owned auto,** we will pay only expenses incurred during the period:

1. Beginning 48 hours after the theft; and
2. Ending when **your covered auto** or the **non-owned auto** is returned to use or we pay for its loss.

If the loss is caused by other than a total theft of **your covered auto** or a **non-owned auto,** we will pay only expenses beginning when the auto is withdrawn from use for more than 24 hours.

Our payment will be limited to that period of time reasonably required to repair or replace **your covered auto** or the **non-owned auto.**

**EXCLUSIONS**

We will not pay for:

1. Loss to **your covered auto** or any **non-owned auto** which occurs while it is being used as a public or livery conveyance. This exclusion (1.) does not apply to a share-the-expense car pool.
2. Damage due and confined to:
   a. wear and tear;
   b. freezing;
   c. mechanical or electrical breakdown or failure; or
   d. road damage to tires.

   This exclusion (2.) does not apply if the damage results from the total theft of **your covered auto** or any **non-owned auto.**
3. Loss due to or as a consequence of:
   a. radioactive contamination;
   b. discharge of any nuclear weapon (even if accidental);
   c. war (declared or undeclared);
   d. civil war;
   e. insurrection; or
   f. rebellion or revolution.
4. Loss to:
   a. any electronic equipment designed for the reproduction of sound, including, but not limited to:
      (1) radios and stereos;
      (2) tape decks; or
      (3) compact disc players;
   b. any other electronic equipment that receives or transmits audio, visual or data signals, including, but not limited to:
      (1) citizens band radios;
      (2) telephones;
      (3) 2-way mobile radios;
      (4) scanning monitor receivers;
      (5) television monitor receivers;
      (6) video cassette recorders;
      (7) audio cassette recorders; or
      (8) personal computers;
   c. tapes, records, discs, or other media used with equipment described in a. or b.; or

120X

**d.** any other accessories used with equipment described in a. or b.

This exclusion (4.) does not apply to:

**a.** equipment designed solely for the reproduction of sound and accessories used with such equipment, provided:

**(1)** the equipment is permanently installed in **your covered auto** or any **non-owned auto;** or

**(2)** the equipment is:

**(a)** removable from a housing unit which is permanently installed in the auto;

**(b)** designed to be solely operated by use of the power from the auto's electrical system; and

**(c)** in or upon **your covered auto** or any **non-owned auto;**

at the time of loss.

**b.** any other electronic equipment that is:

**(1)** necessary for the normal operation of the auto or the monitoring of the auto's operating systems; or

**(2)** an integral part of the same unit housing any sound reproducing equipment described in a. and permanently installed in the opening of the dash or console of **your covered auto** or any **non-owned auto** normally used by the manufacturer for installation of a radio.

**5.** A total loss to **your covered auto** or any **non-owned auto** due to destruction or confiscation by governmental or civil authorities because you or any **family member:**

**a.** engaged in illegal activities; or

**b.** failed to comply with Environmental Protection Agency or Department of Transportation standards.

This exclusion (5.) does not apply to the interests of Loss Payees in **your covered auto.**

**6.** Loss to a **camper body,** motor home or **trailer** you own which is not shown in the Declarations. This exclusion (6.) does not apply to a **camper body,** motor home or **trailer** you:

**a.** acquire during the policy period; and

**b.** ask us to insure during the policy period or within 30 days after you become the owner, whichever is greater.

**7.** Loss to any **non-owned auto** when used by you or any **family member** without a reasonable belief that you or that **family member** have permission to do so.

**8.** Loss to equipment designed or used for the detection or location of radar or laser.

**9.** Loss to any **non-owned auto** being maintained or used by any person while employed or otherwise engaged in the **business** of

**a.** selling;

**b.** repairing;

**c.** servicing;

**d.** storing; or

**e.** parking;

vehicles designed for use on public highways. This includes road testing and delivery.

**10.** Loss to any **non-owned auto** being maintained or used by any person while employed or otherwise engaged in any **business** not described in exclusion 9. This exclusion (10.) does not apply to the maintenance or use by you or any **family member** of a **non-owned auto** which is a private passenger auto or **trailer.**

**11.** Loss to **your covered auto** or any **non-owned auto,** located inside a facility designed for racing, for the purpose of:

**a.** competing in; or

**b.** practicing or preparing for;

any prearranged or organized racing or speed contest.

**12.** Loss to, or loss of use of, a **non-owned auto** rented by:

**a.** you; or

**b.** any family member;

if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that **family member,** pursuant to the provisions of any applicable rental agreement or state law.

## LIMIT OF LIABILITY

**A.** Our limit of liability for loss will be the lesser of the:

**1.** Actual cash value of the stolen or damaged property;

**2.** Amount necessary to repair or replace the property; or

**3.** Limit of liability shown in the Declarations.

However, the most we will pay for loss to any **non-owned auto** which is a **trailer** is $1,000.

B. An adjustment for depreciation and physical condition will be made in determining actual cash value at the time of loss.

**PAYMENT OF LOSS**

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

1. You; or
2. The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

**NO BENEFIT TO BAILEE**

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

**OTHER SOURCES OF RECOVERY**

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a **non-owned auto** shall be excess over any other collectible source of recovery including, but not limited to:

1. Any coverage provided by the owner of the **non-owned auto;**
2. Any other applicable physical damage insurance;
3. Any other source of recovery applicable to the loss.

**APPRAISAL**

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
   1. Pay its chosen appraiser; and
   2. Bear the expenses of the appraisal and umpire equally.

B. We do not waive any of our rights under this policy by agreeing to an appraisal.

## PART E — DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

B. A person seeking any coverage must:
   1. Cooperate with us in the investigation, settlement or defense of any claim or suit.
   2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.
   3. Submit, as often as we reasonably require:
      a. to physical examinations by physicians we select. We will pay for these exams.
      b. to examination under oath and subscribe the same. We may examine any **insured** separately and apart from the presence of any other **insured.**
   4. Authorize us to obtain:
      a. medical reports; and
      b. other pertinent records.
   5. Submit a proof of loss, under oath if requested, when required by us.

C. A person seeking Uninsured/Underinsured Motorists Coverage must also:
   1. Promptly notify the police if a hit-and-run driver is involved.
   2. Promptly send us copies of the legal papers if a suit is brought.

D. A person seeking Coverage for Damage to Your Auto must also:
   1. Take reasonable steps after loss to protect **your covered auto** or any **non-owned auto** and its equipment from further loss. We will pay reasonable expenses incurred to do this.
   2. Promptly notify the police if **your covered auto** or any **non-owned auto** is stolen.
   3. Permit us to inspect and appraise the damaged property before its repair or disposal.

121X

## PART F — GENERAL PROVISIONS

### POLICY PERIOD AND TERRITORY

**A.** This policy applies only to accidents and losses which occur:

1. During the policy period as shown in the Declarations; and
2. Within the policy territory.

**B.** The policy period is the period stated in the Declarations. The policy may be renewed for successive policy periods if the required premium is paid and accepted by us on or before the expiration of the current policy period. The premium will be computed at our then current rate for coverage then offered.

**C.** The policy territory is:

1. The United States of America, its territories or possessions;
2. Puerto Rico; or
3. Canada.

This policy also applies to loss to, or accidents involving, **your covered auto** while being transported between their ports.

### BANKRUPTCY

Bankruptcy or insolvency of the **insured** shall not relieve us of any obligations under this policy.

### CHANGES

**A.** Before the end of any policy period, we may offer to change the coverage provided in this policy. Your payment of the premium billed by us for the next policy period will be your acceptance of our offer.

**B.** This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

**C.** If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

1. The number, type or use classification of insured vehicles;
2. Operators using insured vehicles;
3. The place of principal garaging of insured vehicles;
4. Coverage, deductible or limits.

If a change resulting from B. or C. requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

**D.** If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This paragraph (D.) does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of your policy; or
2. An Amendatory Endorsement.

**E.** Additional or return premium of $3.00 or less resulting from policy changes will be waived. We will refund the entire return premium if requested by you.

### FRAUD

We do not provide coverage for any **insured** who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

### LEGAL ACTION AGAINST US

**A.** No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Part A, no legal action may be brought against us until:

1. We agree in writing that the **insured** has an obligation to pay; or
2. The amount of that obligation has been finally determined by judgment after trial.

**B.** No person or organization has any right under this policy to bring us into any action to determine the liability of an **insured.**

### OUR RIGHT TO RECOVER PAYMENT

**A.** If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we shall be subrogated to that right. That person shall do:

1. Whatever is necessary to enable us to exercise our rights; and
2. Nothing after loss to prejudice them.

For Uninsured Motorists Coverage, however, our rights in this paragraph (A.) do not apply under Part D, against any person using **your covered auto** with a reasonable belief that that person has permission to do so.

122

For Underinsured Motorists Coverage, however, our rights in this paragraph (A.) do not apply if we:

1. Have been given written notice of a **tentative settlement;** and
2. Fail to advance payment to the **insured** in an amount equal to the **tentative settlement** within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the **tentative settlement** within 30 days after receipt of notification:

1. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage.
2. We also have a right to recover the advanced payment.

**B.** If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:

1. Hold in trust for us the proceeds of the recovery; and
2. Reimburse us to the extent of our payment.

For Underinsured Motorists Coverage, however, in the event of a **settlement agreement,** we shall be entitled to a recovery under paragraphs (A.) and (B.) only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the **underinsured motor vehicle.**

## TERMINATION

**A. Cancellation.** This policy may be canceled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:
   a. returning this policy to us; or
   b. giving us advance written notice of the date cancellation is to take effect.
2. We may cancel by mailing to the named insured shown in the Declarations at the last mailing address known to us and to such named insured's agent or broker of record:
   a. at least 10 days notice if cancellation is for nonpayment of premium; or
   b. at least 30 days notice in all other cases.

   The notice of cancellation must include a specific explanation of the reason for cancellation.
3. After this policy is in effect for 60 days, or if this is a renewal policy, we will cancel only:
   a. for nonpayment of premium; or
   b. if your driver's license or that of:
      (1) any driver who lives with you; or
      (2) any driver who customarily uses **your covered auto;**

      has been suspended or revoked during the policy period. This must have occurred during the 12 month period immediately preceding the notice of cancellation; or
   c. if the policy was obtained through material misrepresentation.

**B. Nonrenewal.** If we decide not to renew this policy, we will mail notice to the named insured shown in the Declarations at the address last known by us and to such named insured's agent or broker of record. Notice will be mailed at least 30 days before the end of the policy period and will include a specific explanation of the reasons for nonrenewal. If this policy has been in effect for 5 years or more, we will only nonrenew the policy if we:

1. Mail you notice of our intent 60 days prior to the expiration date; or
2. Are otherwise permitted to by Illinois Law.

**C. Automatic Termination.** If we offer to renew and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on **your covered auto,** any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

**D. Other Termination Provisions.**

1. Proof of mailing of any notice shall be sufficient proof of notice.
2. If this policy is canceled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.
3. The effective date of cancellation stated in the notice shall become the end of the policy period.
4. We will give the same advance notice of cancellation or nonrenewal to the loss payee stated in the policy as we give to the named insured shown in the Declarations.

122X

### TRANSFER OF YOUR INTEREST IN THIS POLICY

**A.** Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and
2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use **your covered auto.**

**B.** Coverage will only be provided until the end of the policy period.

### TWO OR MORE AUTOS INSURED; TWO OR MORE AUTO POLICIES

If this policy insures two or more autos or if any other auto insurance policy issued to you by us applies to the same accident, the maximum limit of our liability shall not exceed the highest limit applicable to any one auto.

### LOSS PAYABLE CLAUSE

As to the interest of the loss payee, this policy will remain in effect from the inception date and until ten days after cancellation notice is received by the loss payee. When we pay the loss payee we shall, to the extent of payment, have the loss payee's rights of recovery.

## ADDITIONAL COVERAGES

**AGREEMENT: WE WILL PROVIDE THE INSURANCE DESCRIBED IN EACH OF THE FOLLOWING ADDITIONAL COVERAGES ONLY IF INDICATED IN THE DECLARATIONS.**

### PROPERTY DAMAGE UNINSURED MOTORISTS COVERAGE

We will pay damages which you are legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of **property damage** caused by an accident arising out of actual physical contact with **your covered auto.** The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle.**

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

**"Property damage"** as used in this coverage means injury to or destruction of **your covered auto.** However, **property damage** does not include:

1. Loss of use of **your covered auto**; or
2. Damage to personal property contained in **your covered auto.**

**"Uninsured motor vehicle"** means a land motor vehicle or **trailer** of any type:

1. To which no liability bond or policy affording coverage for **property damage** applies at the time of the accident.
2. To which a liability bond or policy affording coverage for **property damage** applies at the time of the accident. In this case, its limit for property damage liability is less than the minimum limit for property damage liability specified by the Illinois Safety Responsibility Law.
3. To which a liability bond or policy affording coverage for **property damage** applies at the time of the accident but the bonding or insuring company:
   a. denies coverage; or
   b. is or becomes insolvent.

However, **"uninsured motor vehicle"** does not include any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any **family member.**
2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.
3. Owned by any governmental unit or agency.
4. Operated on rails or crawler treads.
5. Designed mainly for use off public roads while not on public roads.
6. While located for use as a residence or premises.

### EXCLUSIONS

**A.** We do not provide Uninsured Motorists Coverage for **property damage:**

1. If you or your legal representative settles the **property damage** claim without our consent.
2. When **your covered auto** is being used as a public or livery conveyance. This exclusion (A.2.) does not apply to a share-the-expense car pool.

123

3. For the first $250 of the amount of the **property damage** to each of **your covered autos** as the result of any one accident.
4. To any motor vehicle owned by you for which you have purchased Collision Coverage under this policy or any other policy.
5. If the owner or operator of the **uninsured motor vehicle** cannot be identified.

B. This coverage shall not apply directly or indirectly to benefit any insurer of the property.

C. We do not provide Property Damage Uninsured Motorists Coverage for **punitive or exemplary damages.**

**LIMIT OF LIABILITY**

Our maximum limit of liability for all damages resulting from any one accident will be the lesser of:

1. The limit of liability shown in the Declarations; or
2. The actual cash value of **your covered auto.**

This is the most we will pay, regardless of the number of:

1. Claims made;
2. Vehicles or premiums shown in the Declarations; or
3. Vehicles involved in the accident.

An adjustment for depreciation and physical condition will be made in determining actual cash value at the time of loss.

We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

**OTHER INSURANCE**

If there is other applicable similar insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible insurance.

**ARBITRATION**

If we and an **insured** do not agree:

1. Whether that person is legally entitled to recover damages under this endorsement; or
2. As to the amount of damages which are recoverable by that **insured;**

from the owner or operator of an **uninsured motor vehicle,** then the matter may be arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If such arbitrators are not selected within 45 days, either party may request that the arbitration be submitted to the American Arbitration Association. Each party will:

1. Pay the expenses it incurs; and
2. Bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1. Whether the **insured** is legally entitled to recover damages; and
2. The amount of damages.

**ADDITIONAL DUTIES AFTER AN ACCIDENT OR LOSS**

A person seeking Property Damage Uninsured Motorists Coverage must also:

1. Promptly send us copies of the legal papers if a suit is brought.
2. Provide us with:
   a. The name and address of the owner of the **uninsured motor vehicle;** or
   b. The registration number or description of such vehicle; or
   c. Any other available information to establish that there is no applicable motor vehicle property damage liability insurance.

**TOWING AND LABOR COSTS COVERAGE**

We will pay reasonable expenses incurred each time **your covered auto** or a **non-owned auto** is disabled, for:

1. Towing to the nearest place where necessary repairs can be made during regular business hours if it will not run;
2. Towing it out if it is stuck on or next to a public street or highway;
3. Mechanical labor up to one hour at the place of its breakdown;
4. Change of tire; or
5. Delivery of gasoline, oil or loaned battery. We do not pay the cost of these items.

123X

## LOSS OF USE COVERAGE

The provisions and exclusions that apply to Part D – Coverage for Damage to Your Auto also apply to this coverage except as changed below:

When there is a loss to any vehicle described in the Declarations for which a specific premium charge indicates that Loss of Use coverage is afforded, we will reimburse you for expenses you incur to rent a substitute auto.

This coverage applies only if:

1. The auto is withdrawn from use for more than 24 hours;
2. The loss is caused by **collision**, or is covered by the Comprehensive Coverage of this policy; and
3. The loss exceeds the appropriate **collision** or **comprehensive** deductible applying to the auto.

However, this coverage does not apply to losses caused by **collision** if Collision Coverage does not apply to the auto.

Our payment will be limited to that period of time reasonably required to repair or replace the auto. We will pay up to the amount per day and the maximum shown for Loss of Use in the Declarations.

124

This policy has been signed by our President and Secretary

R A Pierson, Secretary

W Randall Stoddard, President

This policy includes copyrighted material of Insurance Services Office, Inc. with its permission.

SA-1701/EP 9/90
G6

125

SAFECO

## Consumer Privacy Statement

SAFECO and its affiliated companies appreciate the trust you place in us when you ask us to help protect and accumulate your assets. You trust us with your private, personal information when you invest with us or purchase insurance from us. We are committed to protecting your private information. SAFECO does not sell information about you to others.

To learn more about how SAFECO collects and uses your personal information, please read the following notice.

### SAFECO's sources of information about you

We collect personal information about you from:

- The information you provide on applications or other forms (such as your name, address and Social Security number)
- Your transactions with us, our affiliates or others (such as your payment history and claims information)
- The information we receive from a consumer reporting agency (such as your credit history)
- Your insurance agent or financial advisor (such as updated information pertaining to your account)

### SAFECO's use of your personal information

We treat your information with respect and concern for your privacy. We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law.

For example, we may share any or all of your information with our affiliated companies and independent SAFECO representatives — Independent Insurance Agents and Financial Advisors authorized to sell SAFECO products. We may also disclose any or all information we have collected about you to companies that perform services on our behalf and to other financial institutions with whom we have joint marketing agreements.

When we make this type of disclosure it is done to service your SAFECO account or policy, or to inform you about SAFECO products and services. Before disclosing your information, we require these companies to promise to keep it confidential and use it only for the transaction we request.

### Independent SAFECO Representatives

The Independent Insurance Agents and Financial Advisors authorized to sell SAFECO products and services are not SAFECO employees and not subject to SAFECO's Privacy Policy. Because they have a unique business relationship with you, they may have additional personal information about you that SAFECO does not have. They may use this information differently than SAFECO. Contact your SAFECO agent or advisor to learn more about their privacy practices.

### Information about SAFECO web sites

This consumer statement applies to SAFECO's web sites. If you have internet access and want more information about our web site specific privacy and security practices, click on the Privacy Policy links on www.safeco.com and www.safecofunds.com.





® A registered trademark of SAFECO Corporation

126

### Protecting your personal information from unauthorized access

We limit employee access to customer information to those employees with a legitimate business reason for such access. We maintain physical, electronic and procedural safeguards to protect your personal information from being accessed by unauthorized persons.

### Your medical information

SAFECO obtains medical information only in connection with specific products or claims. We will not use or share personally identifiable medical information for any purpose other than the underwriting or administration of your policy, claim or account, or as otherwise disclosed to you when the information is collected.

**This Privacy Statement applies to the following members of the SAFECO family of companies:**

**American Economy Insurance Company**
**American States Insurance Company**
**American States Insurance Company of Texas**
**American States Life Insurance Company**
**American States Lloyds Insurance Company**
**American States Preferred Insurance Company**
**First National Insurance Company of America**
**First SAFECO National Life Insurance Company of New York**
**General Insurance Company of America**
**Insurance Company of Illinois**
**SAFECO Insurance Company of America**
**SAFECO Insurance Company of Illinois**
**SAFECO Insurance Company of Indiana**
**SAFECO Insurance Company of Oregon**
**SAFECO Investment Services, Inc.**
**SAFECO Life Insurance Company**
**SAFECO Lloyds Insurance Company**
**SAFECO National Insurance Company**
**SAFECO National Life Insurance Company**
**SAFECO Surplus Lines Insurance Company**

Copyright © 2003 SAFECO Corporation. All Rights Reserved

128X

# NOTICE OF CHANGES TO YOUR PERSONAL AUTO POLICY

Enclosed with your renewal is an Amendatory Endorsement. Please place this Amendatory Endorsement with your policy. It takes effect on your renewal date shown on the Declarations page This is a summary of some of the changes to your policy.

- Part A — Liability Coverage, Other Insurance was revised to make an editorial change in listing the limits. Previously the paragraph referred to bodily injury liability limits when both bodily injury and property damage are listed. A more detailed description of the limits is also included.
- A new option has been added to Uninsured/Underinsured Motorists Coverage. You may now purchase combined single limit coverage if you have Combined Single Limit under Liability Coverage. We revised the Limit of Liability provision under Uninsured/Underinsured Motorists Coverage to allow for this option. Combined Single Limit provides one aggregate limit "per accident" to cover both bodily injury and property damage.
- Part C — Uninsured/Underinsured Motorists Coverage, Arbitration provision is revised to comply with Illinois law which requires that any decision be binding for damages that do not exceed $50,000/$100,000 or the policy's bodily injury limit, whichever is less.
- Part D — Coverage for Damage to Your Auto, Transportation Expenses, (not applicable for Named Non-Owner) removed the reference to your covered auto under paragraph 2. item 2. In addition, we have increased the available limits for Transportation Expenses to $25 per day up to a maximum of $750.

This is a summary of the changes to your Personal Auto Policy. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy. You should read your Amendatory Endorsement, Policy and Declarations page for complete information on the coverages you are provided. If there is a conflict between the policy and this summary, the provisions of the policy shall prevail.

SA-2659/ILEP 7/05

127

# AMENDATORY ENDORSEMENT — ILLINOIS

It is agreed that the policy is amended as follows:

## PART A — LIABILITY COVERAGE

### Other Insurance

The Other Insurance provision is revised as follows:

**2.a.** is replaced by the following:

**a.** The limit of liability shown in the Declarations is equal to or greater than:

(1) $100,000 for **bodily injury** to any one person in any one accident;

(2) Subject to this limit per person, $300,000 for **bodily injury** to two or more people in any one accident; and

(3) $50,000 for **property damage;**

## PART C — UNINSURED/UNDERINSURED MOTORISTS COVERAGE

### Limit of Liability

The **Limit of Liability** provision is amended by adding the following provision:

F. If Combined Single Limit applies to Uninsured/Underinsured Motorists Coverage, Paragraph **A.** above is replaced by the following:

The Limit of Liability shown in the Declarations for Uninsured/Underinsured Motorists Coverage is our maximum limit of liability for all damages resulting from any one accident. This is the most we will pay regardless of the number of:

1. **Insureds;**
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

### Arbitration

The Arbitration provision is amended as follows:

**D.2.** is replaced by the following:

2. The amount of damages. This applies only if the amount does not exceed the lesser of:

**a.** $50,000 for **bodily injury** to any one person in any one accident.

Subject to this limit per person, $100,000 for **bodily injury** to two or more people in any one accident; or

**b.** The limits for **bodily injury** shown in the Declarations.

If the amount exceeds the aforementioned limits, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrator's decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

## PART D — COVERAGE FOR DAMAGE TO YOUR AUTO

### Transportation Expenses

The Transportation Expenses provision is amended as follows:

The first paragraph is replaced by the following:

In addition we will pay, without application of a deductible, either of the following, whichever is greater:

**1.** Up to $25 per day, to a maximum of $750; or

**2.** The limit for Loss of Use, if any, shown on the Declarations;

Item **2.** under the second paragraph is replaced by the following:

2. Indirect loss expenses for which you become legally responsible in the event of a loss to a **non-owned auto.** We will pay for indirect loss expenses if the loss is caused by:

**a.** other than **collision** only if the Declarations indicate that Comprehensive Coverage is provided for any **your covered auto.**

**b.** **collision** only if the Declarations indicate that Collision Coverage is provided for any **your covered auto.**

128

## STATE LAW REQUIRES WE PROVIDE YOU WITH THIS NOTICE ON A PERIODIC BASIS

This explains our procedures for collecting information necessary to provide your insurance and your right to review that information.

We believe you and your agent are the best source of information about you. Most of the facts we need come directly from you through completion of applications and other questionnaires. We sometimes also obtain information through public records. For automobile insurance for example, we might obtain a state motor vehicle report of a driving record. We treat information about you confidentially. However, there are times when it is appropriate to share information with others. This generally involves such people or organizations as your agent or broker or an independent claim adjuster; and on rare occasions, insurance support organizations which gather data to help detect or prevent insurance crimes, and government offices or courts which may subpoena records. Though our information generally originated with you or your agent, you do have the right to review personal information about you in our files and to request corrections of any inaccuracies. Send your request in writing and be sure to include your name and policy number and tell us what information you desire. A more detailed description of your rights and the procedures we follow regarding information in our files is available upon request.

SAFECO INSURANCE COMPANY OF AMERICA
SAFECO INSURANCE COMPANY OF ILLINOIS
SAFECO NATIONAL INSURANCE COMPANY
FIRST NATIONAL INSURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERICA

(For mailing address of appropriate office, please contact your agent or nearest local SAFECO office.)

CN-1/EP 2/97

123

## EMERGENCY ASSISTANCE PACKAGE

### INSURING AGREEMENT

If the Declarations indicates this Emergency Assistance Package applies to **your covered auto,** the coverages listed below are included in your policy. These coverages are in excess of any other collectible insurance unless otherwise stated. No deductible applies to these coverages.

"**Your covered auto**" as used in this endorsement, means a motor vehicle owned by you and for which a specific premium is shown on the Declarations for this coverage.

A. **Transportation Expenses**

1. We will reimburse you up to $100 for necessary expenses actually incurred by you or a **family member** if your car is disabled to the degree that it may not be driven safely. Coverage begins at the place of disablement and ends when you or any **family member** arrives at:

   a. Your residence; or

   b. The nearest location **your covered auto** can be repaired or replaced.

2. The Loss of Use under Additional Coverages in the policy, is replaced by the following. Subject to the Loss of Use limit shown in the Declarations, we will pay for:

   a. Transportation expenses incurred by you in the event of a loss to **your covered auto** covered under this endorsement.

   b. Indirect loss expense for which you become legally responsible in the event of a loss to a **non-owned auto.**

   c. Any deductible amount you are legally responsible for paying on a temporary substitute auto rented from a car rental agency or garage.

   This coverage applies only if:

   a. **Your covered auto** or the **non-owned auto** is withdrawn from use for more than 24 hours (except for disablement expenses); and

   b. The loss is caused by **collision** or is otherwise covered under Part D of this policy.

   Our payment will be limited to that period of time reasonably required to repair or replace the auto.

B. **Emergency Expenses**

If you are more than 25 miles from your home and **your covered auto** or any **non-owned auto** sustains a loss covered under the Comprehensive or Collision coverages of your policy and is inoperable or uninhabitable, we will pay up to $500 in any one occurrence, for reasonable and necessary expenses for:

1. Alternative transportation for you to continue to your destination or home.
2. Meals and lodging necessary when the loss to **your covered auto** causes a delay en route. The expenses must be incurred between the time of the loss and your arrival at your destination or home or by the end of the fifth day, whichever comes first.
3. Meals, lodging and transportation expenses you incur when you or any other person you choose, drive **your covered auto** from the place of repair to your destination or home.

C. **Towing and Labor Costs Coverage**

We will pay reasonable expenses incurred each time **your covered auto** or a **non-owned auto** is disabled, for:

1. Towing to the nearest place where the necessary repairs can be made during regular business hours if it will not run;
2. Mechanical labor up to one hour at the place of its breakdown; or
3. Delivery of gasoline, oil or loaned battery or change of a tire. We do not pay for the cost of these items.

D. **Personal Property Coverage**

1. We will pay up to $500 in any one occurrence for loss to personal property owned or used by you or any **family member,** while located in or near **your covered auto** while away from your residence premises. This coverage does not apply to:

   a. Animals, birds or fish;

   b. Motorized vehicles;

   c. Aircraft;

   d. Property carried or held as samples or for sale or delivery after sale;

   e. Property rented or held for rental to others.

If **your covered auto** is stolen from your residence premises and Comprehensive Coverage applies to **your covered auto,** we will pay up to $250 for direct loss to clothes, luggage, camping gear and other sporting equipment. The property must be owned by you or any **family member** and be in **your covered auto** at the time of loss.

2. In case of total theft of **your covered auto,** we will pay:

   a. Up to $100 for a car telephone which is permanently installed in **your covered auto.**

   b. The lesser of the following limits for direct loss due to theft of tapes, records, discs or other media:

      (1) $50;

      (2) the actual cash value of the stolen or damaged property; or

      (3) the amount necessary to replace the property with other property of like kind and quality.

E. **Lock Coverage**

We will pay up to $50 per occurrence for:

1. Locksmith services to unlock **your covered auto** and/or to replace the required key. Locksmith services also apply to a motor home and travel or camping trailers if the vehicle is shown on the Declarations.

2. Expenses to repair or replace door or window locks on **your covered auto,** when it is likely that the corresponding key has been stolen.

Coverage does not apply to:

1. Keys pertaining to any residence premises where you reside or dwelling under construction or renovation.

2. Lost keys entrusted to any person who is not insured under the policy.

F. **Liability Coverage Supplementary Payments**

We will increase payment for loss of earnings up to $100 per day, when an **insured** attends hearings and trials at our request.

131x