*MPD:af 07-289*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SAFECO INSURANCE COMPANY OF ILLINOIS

vs. C.A. No. 08-145S

AMICA MUTUAL INSURANCE COMPANY and JOYCE WAGENMAKER

**PLAINTIFF SAFECO INSURANCE COMPANY OF ILLINOIS' STATEMENT OF DISPUTED FACTS IN SUPPORT OF OPPOSITION TO AMICA MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

30. Safeco Insurance Company of Illinois denies this fact.

31. Safeco Insurance Company of Illinois denies this fact.

42. Safeco Insurance Company of Illinois denies this fact.

/s/ Mark P. Dolan
Mark P. Dolan, Esq. (#3280)
RICE DOLAN & KERSHAW
*Attorneys for Plaintiff*
*Safeco Insurance Company of Illinois*
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800 telephone
(401) 421-7218 fax

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document has been sent to counsel of record, as follows, this 15th day of September, 2008:

David Oliveira, Esq.
155 South Main Street, Suite 305
Providence, RI 02903

Todd White, Esq.
Adler, Pollack & Sheehan, PC
One Citizens Plaza, 8th Floor
Providence, RI 02903

John A. Donovan, III, Esq.
Sloane and Walsh, LLP
3 Center Plaza, 8th Floor
Boston, MA 02108

/s/ Mark P. Dolan