MPD:af 07-289

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS<br><br>vs.<br><br>AMICA MUTUAL INSURANCE COMPANY and JOYCE WAGENMAKER | C.A. No. 08-145S |

**PLAINTIFF SAFECO INSURANCE COMPANY OF ILLINOIS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS CROSS MOTION FOR SUMMARY JUDGMENT**

1. Amica issued a Rhode Island Personal Automobile Policy (No. 941138-23YV) to Vito Vitone and his wife Linda Vitone that was in effect on July 3, 2006. The policy provides $300,000 in uninsured motorist coverage.

2. Safeco issued an Illinois Personal Automobile Policy (No. Z3620833) to Wagenmaker that was in effect on July 3, 2006. The policy provides $500,000 in uninsured motorist coverage.

3. On July 3, 2006, Wagenmaker was a passenger in a 1998 Chevrolet Corvette identified as a "covered auto" under Amica's policy.

4. Amica charged a flat rate for uninsured motorist coverage.

5. Despite the purported change in uninsured motorist coverage in October 2005, the vehicle in which Wagenmaker was a passenger, the 1998 Chevrolet Corvette, was a "covered auto" under Amica's policy as of the time of the motor vehicle accident of July 3, 2006.

6. Despite the purported change in uninsured motorist coverage in October 2005, Amica's flat rate premium for uninsured motorist coverage was not reduced.

/s/ Mark P. Dolan

Mark P. Dolan, Esq. (#3280)
RICE DOLAN & KERSHAW
*Attorneys for Plaintiff*
*Safeco Insurance Company of Illinois*
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800 telephone
(401) 421-7218 fax

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document has been sent to counsel of record, as follows, this 15th day of September, 2008:

David Oliveira, Esq.
155 South Main Street, Suite 305
Providence, RI 02903

Todd White, Esq.
Adler, Pollack & Sheehan, PC
One Citizens Plaza, 8th Floor
Providence, RI 02903

John A. Donovan, III, Esq.
Sloane and Walsh, LLP
3 Center Plaza, 8th Floor
Boston, MA 02108

/s/ Mark P. Dolan