MPD:af 07-289

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SAFECO INSURANCE COMPANY OF ILLINOIS

vs.

AMIÇA MUTUAL INSURANCE COMPANY and JOYCE WAGENMAKER

C.A. No. 08-145S

**PLAINTIFF SAFECO INSURANCE COMPANY OF ILLINOIS' MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM IN SUPPORT OF ITS OBJECTION TO AMICA MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF SAFECO INSURANCE COMPANY OF ILLINOIS' CROSS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Safeco Insurance Company of Illinois ("Safeco") hereby moves for leave to file a corrected memorandum in support of its objection to Amica Mutual Insurance Company's motion for summary judgment and in support of Safeco's cross-motion for summary judgment. In support of its motion, Safeco submits the attached memorandum.

/s/ Mark P. Dolan
Mark P. Dolan, Esq. (#3280)
RICE DOLAN & KERSHAW
*Attorneys for Plaintiff*
*Safeco Insurance Company of Illinois*
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800 telephone
(401) 421-7218 fax

# CERTIFICATION

The undersigned hereby certifies that a true copy of the within document has been sent to counsel of record, as follows, this 17th day of September, 2008:

David Oliveira, Esq.
155 South Main Street, Suite 305
Providence, RI 02903

Todd White, Esq.
Adler, Pollack & Sheehan, PC
One Citizens Plaza, 8th Floor
Providence, RI 02903

John A. Donovan, III, Esq.
Sloane and Walsh, LLP
3 Center Plaza, 8th Floor
Boston, MA 02108

/s/ Mark P. Dolan

MPD:af 07-289

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SAFECO INSURANCE COMPANY OF ILLINOIS

vs. C.A. No. 08-145S

AMICA MUTUAL INSURANCE COMPANY and JOYCE WAGENMAKER

**PLAINTIFF SAFECO INSURANCE COMPANY OF ILLINOIS' MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM IN SUPPORT OF ITS OBJECTION TO AMICA MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF SAFECO INSURANCE COMPANY OF ILLINOIS' CROSS MOTION FOR SUMMARY JUDGMENT**

On September 15, 2008 Safeco filed a memorandum of law in support of its objection to defendant Amica Mutual Insurance Company's motion for summary judgment [Document No. 35] and in support of Safeco's cross-motion for summary judgment [Document No. 34]. Said memorandum contained two typographical errors on Page 2, Section II, *Statement of Undisputed Facts,* in Paragraphs 1 and 2 concerning the uninsured motorist coverage amounts.

Said corrected memorandum is attached hereto as Exhibit A. Safeco respectfully requests that its motion for leave to file the corrected memorandum of law be granted.

/s/ Mark P. Dolan
Mark P. Dolan, Esq. (#3280)
RICE DOLAN & KERSHAW
*Attorneys for Plaintiff*
*Safeco Insurance Company of Illinois*
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800 telephone
(401) 421-7218 fax

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document has been sent to counsel of record, as follows, this 17th day of September, 2008:

David Oliveira, Esq.
155 South Main Street, Suite 305
Providence, RI 02903

Todd White, Esq.
Adler, Pollack & Sheehan, PC
One Citizens Plaza, 8th Floor
Providence, RI 02903

John A. Donovan, III, Esq.
Sloane and Walsh, LLP
3 Center Plaza, 8th Floor
Boston, MA 02108

/s/ Mark P. Dolan